IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                PLAINTIFF

v.                        Civil No. 10-3086

WAL-MART STORES, INC.                                        DEFENDANT

## ORDER

David Stebbins submitted this *pro se* action for filing under the provisions of the Rehabilitation Act. The Clerk is directed to file the complaint. Plaintiff has also submitted an application to proceed *in forma pauperis* (IFP). The application is granted.

Plaintiff is further advised that he has an obligation to keep the Court informed of any changes in his address. If he fails to do so and the court receives returned mail, the case will be subject to dismissal.

IT IS SO ORDERED this 14th day of September 2010.

/s/ Erin L. Setser
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)