U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 0 1 2010

CHRIS R. JOHNSON, Clerk
By _____
      Deputy Clerk

RECEIVED
WD/AR
SEP 27 2010

David Stebbins
1407 N Spring Rd
APT #5
Harrison, AR 72601

Dear U.S. District Court,

    My name is David Stebbins, and I am writing in regards to case #10-3083. Specifically, I am writing to move to amend my complaint.

    On the date of approximately September 19, 2010, I went by Wal Mart, to the customer service desk, and gave an employee, there, a letter in an envelope, and asked her to give it to a manager at her earliest convenience. This letter contained an explanation of exactly what I am suing Wal Mart for, and why believe that their actions are discriminatory, and, also, a request to mediate.

    I have yet to hear back from them. I take this to mean that they are calling my bluff, and, as a direct result, this invokes recklessness. As a result, I move to amend my complaint to include $300,000 in punitive damages.

    Also, I have enclosed an AO440 that the clerk needs to sign. Please sign it and return it to me, so that I may serve the defendant.

Sincerely,
David Stebbins

*David A. Stebbins*