IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                        PLAINTIFF

    v.                    Civil No. 10-3086

WAL-MART STORES, INC.                                                 DEFENDANT

### **O R D E R**

    Now on this 7th day of October, 2010, there comes on for consideration, Plaintiff's Motion to Amend (doc. 4).  The Court, being well and sufficiently advised in the premises, finds that Plaintiff's Motion should be GRANTED.  Accordingly, Plaintiff is directed to file his amended complaint within ten (10) days.

    IT IS SO ORDERED this 7th day of October 2010.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**