U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 15 2010
CHRIS H. JOHNSON, CLERK
BY
DEPUTY CLERK

David A. Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
870-204-6024

Dear U.S. District Court,

My name is David Stebbins, and I am writing in regards to case #10-3086. On the seventh day of October, 2010, I was granted leave to amend my complaint, and given a ten day time limit to file the amended complaint.

The majority of my complaint remains the same. Instead of amending the complaint, in its entirety, I merely intend to attach a new discriminatory action and, as a result, pray for additional relief than that I initially prayed for.

On the date of September 19, 2010, I gave defendants a letter, where I offered them the chance to mediate the claim with me. I gave them my street address and email address if they wished to take me up on this offer (I expressly declined to provide my phone number, as I could not guarantee that I would be sitting by the phone when they decided to call). I further explained to them exactly what they did that was discriminatory, and the *reason* it was discriminatory.

A copy of the letter I speak of in the above paragraph will be provided as part of my initial disclosures in accordance with the federal rules of evidence, rule 26(a).

Despite my gracious invitation to mediate and my honest attempt to explain the illegality of their actions, I never heard back from them regarding my request to mediate.

I explained to them the illegality of their actions, and they blatantly ignored me. This invokes intent.

Wherefore, I respectfully pray for $300,000 in punitive damages.

Thank you, and please update my case promptly.

Thank you.
David Stebbins

*David A. Stebbins*