IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                              PLAINTIFF

     v.                                         Civil No. 10-3086

WAL-MART STORES, INC.                                                                             DEFENDANT

## ORDER

     The court hereby directs the United States Marshal to serve the defendant Wal-Mart Stores, Inc. The defendant may be served by serving its registered agent, The Corporation Company, 124 West Capitol Avenue, Suite 1900, Little Rock AR  72201 by certified mail with a return receipt requested.

     Defendant is to be served without prepayment of fees and costs or security therefor. The defendant is ordered to respond to the complaint within twenty-one (21) days from the date of service.

     IT IS SO ORDERED this 27th day of October 2010.

     /s/ *J. Marschewski*
     HON. JAMES R. MARSCHEWSKI
     CHIEF UNITED STATES MAGISTRATE JUDGE