USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 12 2010
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David Stebbins | 10-3086 |
| DEFENDANT | TYPE OF PROCESS |
| Wal-Mart Stores, Inc. | complaint/order/engagement comp |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wal-Mart Stores, Inc. - The Corporation Company
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
124 West Capitol Avenue, Suite 1900, Little Rock, AR 72201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Honorable James R. Marschewski
P O Box 1525
Fort Smith, AR 72902

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

U.S. MARSHALS RECEIVED 2010 OCT 27 PM

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
Chief Magistrate Judge James R. Marschewski
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 479-783-7045
DATE: 10/27/10

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 10 | District to Serve No. 09 | Signature of Authorized USMS Deputy or Clerk: Whitney Cypser | Date 10/27/10 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above):

Date: 10/29/2010   Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy: H. Mike Oglesby by Whitney Cypser

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |

REMARKS:
Certified Mail 7005 1160 0002 1084 8342

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00