U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 1 6 2010

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601

Dear U.S. District Court,

    My name is David Stebbins, and I am writing in regards to case #10-3086. Yesterday, you probably received a motion for declaratory judgment. I would like you to tear that one up. Please do not rule on it; discard it completely. Ideally, I would like the judge to be none the wiser that the motion was ever filed to begin with.

Thank you.
David Stebbins




David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601

U.S. District Court,
35 E. Mountain St,
Room 510
Fayetteville, AR 72701