```
       IN THE UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF ARKANSAS
                HARRISON DIVISION
```

DAVID STEBBINS                                          PLAINTIFF

VS.                    CASE NO. 10-CV-3086

WAL-MART STORES, INC.                                   DEFENDANT

### ORDER

Currently before the Court is Plaintiff's Motion for Declaratory Judgment (doc. 11). The Court finds that this motion should be and hereby is referred to United States Magistrate Judge Erin L. Setser for disposition or recommendation, whichever is appropriate.

IT IS SO ORDERED THIS 16th day of November, 2010.

```
                          /s/ Robert T. Dawson
                          Honorable Robert T. Dawson
                          United States District Judge
```

**AO72A**
**(Rev. 8/82)**