IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                          PLAINTIFF

V.                                      NO. 3:10-CV-3086-RTD

WAL-MART STORES, INC.                                                                       DEFENDANT

## INITIAL SCHEDULING ORDER

Now on this 7th day of January, 2011, the Court hereby issues its Initial Scheduling Order in this case.

All documents filed by non-pro se parties with the United States District Court for the Western District of Arkansas **must** be filed electronically.  To register as a CM/ECF user, review the CM/ECF Administrative Policies and Procedures, and to learn more about electronic filing, consult the court's web site at **www.arwd.uscourts.gov**.  Pro se parties will be allowed to file documents in person or via mail.

1.It appears the issues are joined.  Accordingly, the parties are jointly responsible for holding their Rule 26(f) conference by **February 21, 2011**, and their Joint Rule 26(f) Report concerning such conference must be filed by **March 18, 2011**.

Counsel should consult Rule 26(f) of the Federal Rules of Civil Procedure, CM/ECF Policies and Procedures Manual for Civil Filings and Local Rule 26.1 for guidance on preparing said report. Counsel is advised that Motions for Class Certification must be filed **no later than ninety (90) days after the Fed.R.Civ.P. 26(f) conference.**  The deadlines set in the Rule 26(f) Report for completing discovery should be no later than 120 days before the scheduled trial date.  Summary Judgment Motions should be filed no later than 30 days after the close of discovery.

2.The Court has set a **non-jury** trial date for the week of **December 19, 2011**.

3.      Any conflicts among the parties with regard to any of the issues in the Rule 26(f) Report or the trial date set by the Court should be set out in writing on the last page of the Rule 26(f) Report under the caption of "UNRESOLVED ISSUES" and if not so noted, will be deemed waived. The Court will rule on these issues and a final scheduling order will be issued confirming the trial date.

IT IS SO ORDERED.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**