# MITCHELL | WILLIAMS

Jeffrey L. Spillyards
Direct Dial: 501-688-8891
Fax: 501-918-7891
E-mail: jspillyards@mwlaw.com

425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
Telephone: 501-688-8800
Fax: 501-688-8807

February 15, 2011

David A. Stebbins
1407 N. Spring Rd., Apt. # 5
Harrison, Arkansas 72601

Re: David A. Stebbins v. Wal-Mart Stores, Inc.

Dear Mr. Stebbins:

    I received a fax from you Friday, February 11, noting that you received no response to a recent motion. Please understand that Wal-Mart's response time is triggered when a party files a motion with the Clerk of Court. A review of PACER for case number 10-3086 indicates that no motion has been filed.

                                      Sincerely,

                                        MITCHELL, WILLIAMS, SELIG,
                                        GATES & WOODYARD, P.L.L.C.

                                        By  /s/ Jeffrey L. Spillyards
                                              Jeffrey L. Spillyards

JLS:jd