U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB 2 2 2011

CHRIS R. JOHNSON, Clerk
By
       Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                                              **PLAINTIFF**

vs.                                               Case No. 10-3086

**WAL-MART STORES, INC.**                                    **DEFENDANTS**

## RENEWED MOTION TO CONFIRM ARBITRATION AWARD

Comes now Plaintiff David Stebbins, who respectfully submits the following renewed motion.

I had filed this motion, before, and the court made an honest mistake by placing it in Case #10-3123, instead of Case #10-3086, where it belonged. At my prompting, the court recognized its error and merged the cases, but, for whatever reason, failed to actually merge the documents, so the motion to confirm the arbitration award never showed up in Case #10-3086.

No matter. I will simply file this motion again. Besides, I have recently become aware of some additional case law (which sets binding precedent on this issue) in my favor, which I would like to cite. This time, however, I will make it clear what case number the motion belongs in, so the court cannot possibly get confused.

Wherefore, I respectfully move that you strike all previous motions to confirm any arbitration awards, and all documents that draw reference to those motions, and replace them with the following motion, and brief in support of that motion.

*/s/ David Stebbins*

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com

