Exhibit C

File Edit View History Bookmarks Tools Help

http://us.mg3.mail.yahoo.com/dc/launch?.gx=1&.rand=bo7i6j7pd990

Yahoo! | Games | Q, search

**YAHOO! MAIL** (stebbins0)

Hi, David ▾ | Offline ▾ | Sign Out    What's New    Legal 3+ emails    ×    Response from Wal-Mail    ×    Search: (Ref #0000000    ×    Response from Wal-Ma    ×

Check Mail    New ▾    Go

View your 2010 Credit Score

📥 Inbox
📝 Drafts
📤 Sent
🚫 Spam (2)    Empty
🗑 Trash    Empty

Contacts    Add

▾ Folders    Add
☐ anna
☐ DME Hosting
☐ Ebay
☐ Forum subscriptions
☐ friends
☐ funnies
☐ important sent emails
▾ Legal
☐ references
☐ saved emails
☐ Youtube (1)

Delete    Reply ▾    Forward ▾    Spam    Move ▾    Print    Actions ▾

## Response from Wal-Mart Stores, Inc. (Ref #000000026901415)

From: Walmart Customer Service <correspondence@walmart.com>    Add to Contacts
To: stebbinsd@yahoo.com

Wed, November 17, 2010 4:59:07 PM

Thank you for your message.

Dear David

Thank you for your recent correspondence.  Your message has reached the office that exclusively assists with customer-related matters.  In order to obtain the best assistance with your associate/open door issue, we would suggest contacting your Market Manager, Lindon Murphy at ☎ - (479) 621-9769 ❶ ).  If he/she is not currently in the office, you may also speak to the Market Manager's assistant

Sincerely,
Walmart Customer Care

For further correspondence regarding this issue, please reply to this email

----Your Original Comments Were----

*** Walmart ***

This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed  If you have received this email in error destroy it immediately.

*** Walmart ***

◀ ▶ | ☐ TODAY - TUE 1214 - FRI 12/24 No events    SAT 12/25  **Christmas**    SUN 12/26    **Kwanzaa Begins**    MON 12/27 - THU 12/30 No events    FRI 12/31  **New Year's Eve**    SAT 1/1/11  **New Year's D**

Motion to confirm a...    Yahoo! Mail (stebbi...

Done