Exhibit D

## Re: Response from Wal-Mart Stores, Inc. (Ref #000000026901415)

From: David Stebbins <stebbinsd@yahoo.com>
To: Walmart Customer Service <cstreply@wal-mart.com>

Wal-mart,

Apparently, you weren't aware of this, so here it is:

On November 8, 2010, I sent you a formal contract offer, via email. The email stated that, if you initiate communications with me, or if I initiate communications with you, and you entertain said attempt to communicate, you are bound by that contract.

You accepted that offer on November 11, 2010, when I purchased a gallon of milk from you, using a paper check. This check had my name and street address on it, so you knew who I was. Also, your employees asked to see my ID, and I showed them my driver's license, so you had every opportunity to know who I was, then.

Here is the contract that you entered into with me:

http://www.myspace.com/fayettevilledavid/blog/540490443

So, now, we must hold all legal disputes via arbitration, whether you like it or not!

Thank you for your time.

Sincerely,
David Stebbins

From: Walmart Customer Service <cstreply@wal-mart.com>
To: stebbinsd@yahoo.com
Sent: Wed, November 17, 2010 4:53:27 PM
Subject: Response from WalMart Stores, Inc. (Ref #000000026901415)