Exhibit G.

# net-ARB Case Status Update

From: net-ARB Internet Arbitration <support@net-ARB.com>  Add to Contacts
To: stebbinss@yahoo.com

Sat, December 4, 2010 4:02 PM

Re: net-ARB Case No. 2952477

This is an automated message to let you know that we still have not heard from Wal-Mart Stores, Inc.. We have just sent another notice to "cstreply@wal-mart.com".

You can help by contacting Wal-Mart Stores, Inc. yourself and discussing whether or not to go forward with arbitration. Also, please remind the other party to adjust their spam filter to enable emails from net-ARB and to check their spam folder if necessary, for the email we sent when you filed the case.

Please address any new information you have to: support@net-ARB.com

Thank you,
net-ARB Support