# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

**DAVID STEBBINS**                                                                                    **PLAINTIFF**

**v.**                                            **CASE NO. 10-3086**

**WAL-MART STORES, INC.**                                                                    **DEFENDANT**

## WAL-MART'S MOTION FOR PARTIAL SUMMARY JUDGMENT RELATED TO ARBITRATION CLAIM

Defendant Wal-Mart Stores Arkansas, LLC ("Wal-Mart"), erroneously identified as "Wal-Mart Stores, Inc.," by its attorneys, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., for its Motion for Partial Summary Judgment Related to Arbitration Claim, states:

1. On February 15, 2011, Plaintiff filed with the Clerk of the Court a "Suggestion in Support of Motion to Confirm Arbitration Award." The Clerk thereafter sent Plaintiff a letter noting the various deficiencies and problems associated with his recent submissions, and noting that, despite the filing of his "Suggestion in Support," no Motion to Confirm Arbitration Award had been filed. [Doc. # 18].

2. On February 18, 2011, Plaintiff filed a "Motion to Correct Judicial Error," to which he attached a Motion to Confirm Arbitration Award and other documents. [Doc. # 19].

3. To the extent Plaintiff's allegations pertaining to arbitration are at issue in this lawsuit, Wal-Mart is entitled to summary judgment and the dismissal of Plaintiff's claim related to arbitration.

4.      Plaintiff has no cognizable claim related to arbitration because there was no agreement to arbitrate.

5.      In support of its Motion for Partial Summary Judgment Related to Arbitration Claim, Wal-Mart relies on its Brief in Support, filed herewith, and the following attached exhibits:

> Exhibit 1 – Plaintiff's "Suggestion in Support of Motion
>     to Confirm Arbitration Award" [Doc. # 17]
>
> Exhibit 2 – Plaintiff's "Motion to Correct Judicial Error"
>     with attached exhibits [Doc. # 19]

WHEREFORE, for the reasons stated herein and in Wal-Mart's Brief in Support, Plaintiff's claim related to arbitration should be dismissed with prejudice.

Respectfully submitted,

**/s/ Marshall Ney**
Ark. Bar No. 91108
**/s/ Kathlyn Graves**
Ark. Bar No. 76045
**/s/ Jeffrey L. Spillyards**
Ark. Bar No. 2004159

Mitchell, Williams, Selig,
Gates & Woodyard, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201
(501) 688-8800
mney@mwlaw.com
kgraves@mwlaw.com
jspillyards@mwlaw.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on February 28, 2011, I mailed this document by U.S. Mail to the following non CM/ECF participant:

 David A. Stebbins
 1407 N. Spring Rd., Apt. # 5
 Harrison, Arkansas 72601

            **/s/ Jeffrey L. Spillyards**