# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### HARRISON DIVISION

**DAVID STEBBINS**                                                                                          **PLAINTIFF**

**v.**                                          **CASE NO.  10-3086**

**WAL-MART STORES, INC.**                                                               **DEFENDANT**

## WAL-MART'S REPLY IN SUPPORT OF MOTION FOR
## PARTIAL SUMMARY JUDGMENT RELATED TO
## ARBITRATION CLAIM AND INCORPORATED BRIEF IN SUPPORT

Defendant Wal-Mart Stores Arkansas, LLC ("Wal-Mart"), erroneously identified as "Wal-Mart Stores, Inc.," by its attorneys, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., submits its Reply in Support of Motion for Partial Summary Judgment Related to Arbitration Claim and Incorporated Brief in Support.

On February 28, 2011, Wal-Mart filed its Motion for Partial Summary Judgment Related to Arbitration Claim.  [Doc. # 22].  Wal-Mart explained, in short, that Plaintiff's effort to trick Wal-Mart into agreeing to a 660 billion dollar on-line arbitration must fail because there is not a single "objective indicator" to support an agreement by the parties to engage in arbitration.

Plaintiff has now filed a "Suggestion in Opposition to Defendants' Motion for Partial Summary Judgment," and "Supplement to Suggestion in Opposition of Motion." [Doc. ## 26; 27].  Neither of Plaintiff's filings add anything to support a "meeting of the minds" related to arbitration.  Instead, Plaintiff correctly admits that "meeting of the minds" means "mutual comprehension."  Because Wal-Mart never agreed to engage in an

on-line arbitration with Plaintiff, Wal-Mart's Motion for Partial Summary Judgment Related to Arbitration should be granted.

WHEREFORE, for the reasons stated herein and in Wal-Mart's Motion for Partial Summary Judgment Related to Arbitration, Plaintiff's claim related to arbitration should be dismissed with prejudice.

Respectfully submitted,

**/s/ Marshall Ney**
Ark. Bar No. 91108
**/s/ Kathlyn Graves**
Ark. Bar No. 76045
**/s/ Jeffrey L. Spillyards**
Ark. Bar No. 2004159

Mitchell, Williams, Selig,
Gates & Woodyard, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201
(501) 688-8800
*mney@mwlaw.com*
*kgraves@mwlaw.com*
*jspillyards@mwlaw.com*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2011, I mailed this document by U.S. Mail to the following non CM/ECF participant:

David A. Stebbins
1407 N. Spring Rd., Apt. # 5
Harrison, Arkansas 72601

**/s/ Jeffrey L. Spillyards**