IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                                                               **PLAINTIFF**

**v.**                                     **CASE NO. 10-3086**

**WAL-MART STORES, INC.**                                              **DEFENDANT**

**SUPPLEMENT TO WAL-MART'S MOTION FOR PARTIAL
SUMMARY JUDGMENT RELATED TO ARBITRATION CLAIM**

Defendant Wal-Mart Stores Arkansas, LLC ("Wal-Mart"), erroneously identified as "Wal-Mart Stores, Inc.," by its attorneys, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., submits its Supplement to Wal-Mart's Motion for Partial Summary Judgment Related to Arbitration Claim.

Wal-Mart submits the attached Exhibit "A" as a Supplement to its Motion for Partial Summary Judgment. Exhibit "A" is a letter from Plaintiff to counsel for Wal-Mart which was received by counsel on March 14, 2011. In the letter, Plaintiff explains that he is "also doing this contract thing to the University of Arkansas," and that the University "has also fallen victim." Plaintiff suggests that Wal-Mart and the University of Arkansas "split the bill" for a lobbyist so that Wal-Mart and the University can obtain a bailout from the federal government. Plaintiff also explains, "the federal government has something that I want, even if I only collect $70 billion from your client, so if they are not willing to give me the thing I want, then they can get the fuck out."

The attached Exhibit "A" provides additional information related to Plaintiff's effort to trick Wal-Mart into agreeing to a 660 billion dollar on-line arbitration.

                    Respectfully submitted,

                    **/s/ Marshall Ney**
                    Ark. Bar No. 91108
                    **/s/ Kathlyn Graves**
                    Ark. Bar No. 76045
                    **/s/ Jeffrey L. Spillyards**
                    Ark. Bar No. 2004159

                    Mitchell, Williams, Selig,
                    Gates & Woodyard, P.L.L.C.
                    425 West Capitol Ave., Suite 1800
                    Little Rock, Arkansas 72201
                    (501) 688-8800
                    *mney@mwlaw.com*
                    *kgraves@mwlaw.com*
                    *jspillyards@mwlaw.com*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 15, 2011, I mailed this document by U.S. Mail to the following non CM/ECF participant:

David A. Stebbins
1407 N. Spring Rd., Apt. # 5
Harrison, Arkansas 72601

                    **/s/ Jeffrey L. Spillyards**