IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                                                        **PLAINTIFF**

**v.**                                  **CASE NO. 10-3086**

**WAL-MART STORES, INC.**                                           **DEFENDANT**

## **DEFENDANT'S RULE 26(f) REPORT**

Defendant, Wal-Mart Stores Arkansas, LLC ("Wal-Mart"), submits the following information as required by Rule 26(f) and Local Rule 26.1.

Counsel for Wal-Mart and *pro se* Plaintiff Stebbins agreed that on February 8, 2011 at 8:30 a.m., they would conduct the required Rule 26 conference by telephone. On February 8, at 8:30 a.m., counsel for Wal-Mart attempted to reach Plaintiff, but received no answer. Therefore, on the same day, counsel for Wal-Mart authored a letter to Plaintiff noting the attempt to reach him at the agreed time, and also enclosing a proposed Rule 26 Report for his review. *See* February 8, 2011, Letter, attached hereto as Exhibit "A." Plaintiff did not respond in any way. As evidenced by the attached letter received from Plaintiff on March 17, 2011, Plaintiff is unlikely to be cooperative in this matter, as he has stated his belief that counsel for Wal-Mart has a "thick damned skull," and he has expressed his hope that counsel "rot[s] in hell." *See* Letter from Plaintiff received March 17, 2011, attached hereto as Exhibit "B." Counsel for Wal-Mart has not attempted to contact Plaintiff again to discuss the Rule 26 Report.

1) <u>Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a)</u>.

    None.

2) <u>Date when mandatory disclosures were or will be made</u>.

Disclosures as listed in Fed. R. Civ. P. 26(a) will be made on or before April 15, 2011.

3) <u>Subjects on which discovery may be needed</u>.

   a. Details of plaintiff's claim of discrimination.

   b. Details of defendant's actions involving plaintiff.

   c. Damages and mitigation.

4) <u>Whether any party will likely be requested to disclose or produce information from electronic or computer-based media. If so</u>:

Wal-Mart will possibly need to produce such information. Should it be necessary to produce this type of information, it would likely be limited to that which is available in the ordinary course of business.

5) <u>Date by which discovery should be completed</u>.

September 1, 2011.

6) <u>Any needed changes in limitations imposed by the Federal Rules of Civil Procedure</u>.

None at this time.

7) <u>Any Orders, e.g. protective orders, which should be entered</u>.

The parties will agree to a protective order for any personnel files, personnel information, of other proprietary information. Wal-Mart will provide Plaintiff with the proposed order.

8) <u>Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action</u>.

None.

9) <u>Any objections to the proposed trial date</u>.

None.

10) <u>Proposed deadline for joining other parties and amending the pleadings</u>.

August 10, 2011.

11) <u>Proposed deadline for completing discovery. (Note: In the typical case, the deadline for completing discovery should be no later than sixty (60) days before trial)</u>.

September 1, 2011.

12) <u>Proposed deadline for filing motions. (Note: In the typical case, the deadline for filing motions should be no later than sixty (60) days before trial)</u>.

September 14, 2011.

    Respectfully submitted,

    /s/ **Marshall Ney**
    Ark. Bar No. 91108
    /s/ **Kathlyn Graves**
    Ark. Bar No. 76045
    /s/ **Jeffrey L. Spillyards**
    Ark. Bar No. 2004159

    Mitchell, Williams, Selig,
    Gates & Woodyard, P.L.L.C.
    425 West Capitol Ave., Suite 1800
    Little Rock, Arkansas 72201
    (501) 688-8800
    *mney@mwlaw.com*
    *kgraves@mwlaw.com*
    *jspillyards@mwlaw.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2011, I mailed this document by U.S. Mail to the following non CM/ECF participant:

David A. Stebbins
1407 N. Spring Rd., Apt. # 5
Harrison, Arkansas 72601

**/s/ Jeffrey L. Spillyards**