# MITCHELL | WILLIAMS

Jeffrey L. Spillyards
Direct Dial: 501-688-8891
Fax: 501-918-7891
E-mail: jspillyards@mwlaw.com

425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
Telephone: 501-688-8800
Fax: 501-688-8807

February 8, 2011

David A. Stebbins
1407 N. Spring Rd., Apt. # 5
Harrison, Arkansas 72601

Re: David A. Stebbins v. Wal-Mart Stores, Inc.

Dear Mr. Stebbins:

I called the phone number listed on your pleadings at 8:30 am on February 8 in keeping with our agreement related to the Rule 26 conference. I did not receive an answer. Enclosed please find a proposed Rule 26 Report. If this Report meets your approval, please sign it and return it to me.

Sincerely,

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.

By *[signature]*
Jeffrey L. Spillyards

JLS:jd
Enclosure

EXHIBIT A

Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. | Attorneys at Law
Little Rock • Rogers • Austin | MitchellWilliamsLaw.com

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                    PLAINTIFF

v.                                        CASE NO. 10-3086

WAL-MART STORES, INC.                                                                    DEFENDANT

## RULE 26(f) REPORT

Plaintiff, David Stebbins, and Defendant, Wal-Mart Stores Arkansas, LLC ("Wal-Mart"), submit the following information as required by Rule 26(f) and Local Rule 26.1.

1) <u>Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a).</u>

   None.

2) <u>Date when mandatory disclosures were or will be made.</u>

   Disclosures as listed in Fed. R. Civ. P. 26(a) will be made on or before March 15, 2011.

3) <u>Subjects on which discovery may be needed.</u>

   a. Details of plaintiff's claim of discrimination.

   b. Details of defendant's actions involving plaintiff.

   c. Damages and mitigation.

4) <u>Whether any party will likely be requested to disclose or produce information from electronic or computer-based media. If so:</u>

   Wal-Mart will possibly need to produce such information. Should it be necessary to produce this type of information, it would likely be limited to that which is available in the ordinary course of business.

5) <u>Date by which discovery should be completed.</u>

September 1, 2011.

6) <u>Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.</u>

None at this time.

7) <u>Any Orders, e.g. protective orders, which should be entered.</u>

The parties will agree to a protective order for any personnel files, personnel information, of other proprietary information. Wal-Mart will provide Plaintiff with the proposed order.

8) <u>Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.</u>

None.

9) <u>Any objections to the proposed trial date.</u>

None.

10) <u>Proposed deadline for joining other parties and amending the pleadings.</u>

August 10, 2011.

11) <u>Proposed deadline for completing discovery. (Note: In the typical case, the deadline for completing discovery should be no later than sixty (60) days before trial).</u>

September 1, 2011.

12) <u>Proposed deadline for filing motions. (Note: In the typical case, the deadline for filing motions should be no later than sixty (60) days before trial).</u>

September 14, 2011.

Respectfully submitted,

Mitchell, Williams, Selig,
Gates & Woodyard, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201
(501) 688-8800

---

Marshall Ney
Ark. Bar No. 91108
Kathlyn Graves
Ark. Bar No. 76045
Jeffrey L. Spillyards
Ark. Bar No. 2004159
*mney@mwsgw.com*
*kgraves@mwsgw.com*
*jspillyards@mwsgw.com*

---

David A. Stebbins
1407 N. Spring Rd., Apt. # 5
Harrison, Arkansas 72601
(870) 204-6024