WESTERN DISTRICT ARKANSAS
FILED
APR 11 2011
CHRIS R. JOHNSON, CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                                                                **PLAINTIFF**

vs.                                             Case No. 10-3086

**WAL-MART STORES, INC.**                                        **DEFENDANTS**

## SUGGESTION IN SUPPORT OF MOTION
## TO CONFIRM ARBITRATION AWARD

      Comes now Plaintiff David Stebbins, who respectfully submits the following suggestion in support of my motion to confirm the arbitration award in the amount of $660,000,000.00.

      I do not think that I require leave from the court to file this suggestion, even though it has been more than two weeks time since the last suggestion regarding the motion to confirm the arbitration award was docketed. However, Local Rule 7.2(b) only mentions parties *opposing* a motion. If it is any consolation, the Defendants are more than welcome, as far as I am concerned, to take two additional weeks to file a reply suggestion against this suggestion.

      The Defendants have filed no motion to vacate, modify, or correct the arbitration award. The Defendants are only allowed ninety days from the date they are given notice of the arbitration's existence to move to vacate, modify, or correct the award. See 9 U.S.C. § 12. The language of the section does not support any possibility for the court granting any sort of extension, like it does with Local Rule 7.2(b). Therefore, the three month time limit is hard-coded and unchangeable. As the arbitration award was obtained, via the forfeit victory clause, no later than the date of December 4, 2010. See Exhibit A. That means that, by the most generous estimate, they had until March 5, 2011 to file any motions to vacate, modify, or correct the award. Instead, they filed a motion for partial summary judgment within that ninety day time limit.

      Vacation, modification, or correction is supposed to be the *only* remedy available to a party opposing an arbitration award. See 9 U.S.C. § 9 ("[T]he court must grant such an order **unless the**

**award is vacated, modified, or corrected as prescribed in sections 10 and 11 of this title.")** By explicitly provided such few exceptions, the statute clearly intends to mean that a motion to vacate, modify, or correct is the only weapon with which to combat a motion to confirm an arbitration award.

In other words, while a motion for partial summary judgment may be allowed, it must be accompanied by – or perhaps even *preceded* by – a motion to vacate, modify, or correct.

Therefore, the Defendant's motion for partial summary judgment should be denied, for being procedurally improper.

Wherefore, I respectfully pray that you deny the Defendant's motion for partial summary judgment, grant my motion to confirm the arbitration award, award costs incurred, and other relief that the court finds appropriate.

It is so requested, on this 8th day of April, 2011.

*David Stebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                 PLAINTIFF

vs.                           Case No. 10-3086

WAL-MART STORES, INC.                               DEFENDANTS

## CERTIFICATE OF SERVICE

I, Plaintiff David Stebbins, hereby certify that a true and correct copy of the enclosed suggestion in support of my motion to confirm the arbitration award has been served upon the adverse party by transmitting a copy thereof to the fax number of (501) 688-8807 on the 8th day of April, 2011.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com



### net-ARB Case Status Update

From: net-ARB Internet Arbitration <support@net-ARB.com>
To: stebbrisd@yahoo.com

Re: net-ARB Case No. 295247!

This is an automated message to let you know that we still have not heard from Wal-Mart Stores, Inc. We have just sent another notice to "cstreply@wal-mart.com".

You can help by contacting Wal-Mart Stores, Inc. yourself and discussing whether or not to go forward with arbitration. Also, please remind the other party to adjust their spam filter to enable emails from net-ARB and to check their spam folder if necessary; for the email we sent when you filed the case.

Please address any new information you have to: support@net-ARB.com

Thank you,
net-ARB Support

David Stebbins
1407 N Spring Rd
APT #5
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72201