U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 1 1 2011

CHRIS R. JOHNSON, CLERK

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

**DAVID STEBBINS**                                        **PLAINTIFF**

**vs.**                             **Case No. 10-3086**

**WAL-MART STORES, INC.**                          **DEFENDANTS**

## <u>WITHDRAWAL OF SUGGESTION</u>

Comes now Plaintiff David Stebbins, who respectfully submits the following notice that I wish to withdraw my previous suggestion. Specifically, I am referring to the suggestion where I argued that, because the Defendants did not respond within the ninety-day time period, that automatically precludes them from being able to fight the confirmation of the arbitration award under *any* grounds.

However, I just recently found out that this argument has been tried once before, in Arkansas, and failed. Specifically, I am referring to the Arkansas Supreme Court case of *Danner v. MBNA America Bank*. The case number for that case is 06-1429, and it is available for free on the Arkansas State Judiciary's website, if you wish to read it.

I apologize for wasting the court's time. There is no need to rule on that suggestion, and no need for the Defendants to file any counter-arguments.

However, I do wish to emphasize something else: Now that this motion is being withdrawn, that effectively closes the suggestions, unless I file another suggestion (as stated before, Local Rule 7.2(b) only applies to those opposing the motion, not those supporting it). As it stands, all that is left is the Court's ruling on my motion to confirm the arbitration award. Again, I apologize for wasting your time.

Wherefore, I respectfully pray that you forgive the mistake I made, quietly withdraw the

suggestion, and proceed to confirm the arbitration award, per my original motion.

It is so requested on this 9th day of April, 2011.

David A. Stebbins
1407 N Spring Rd.,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

**DAVID STEBBINS**                                                    **PLAINTIFF**

**vs.**                                    **Case No. 10-3086**

**WAL-MART STORES, INC.**                                    **DEFENDANTS**

## CERTIFICATE OF SERVICE

I, Plaintiff David Stebbins, hereby certify that a true and correct copy of the enclosed notice of withdrawal of my suggestion in support of my motion to confirm the arbitration award has been served upon the adverse party by transmitting a copy thereof to the fax number of (501) 688-8807 on the 9th day of April, 2011.

David A. Stebbins
1407 N Spring Rd.,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

USA FIRST-CLASS FOREVER

NORTHWEST AR 726P
AR 72P
09 APR 2011 PM

727013853

David A. Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72601