IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                     PLAINTIFF

     v.                                            Civil No. 10-3086

WAL-MART STORES, INC.                                                                  DEFENDANT

## ORDER

Defendant has indicated its proper name is Wal-Mart Stores Arkansas, LLC.  The **clerk is directed to note this on the docket sheet**.

IT IS SO ORDERED this 12th day of April 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE