Exh. A

# Walmart
Save money. Live better.

http://www.walmart.com/cp/Terms-of-Use/538449

Save Big on Top Mother's Day Gifts

Value of the Day   Local Ad   Store Finder   Registry   Gift Cards

All Departments  | Find |

New customer? Sign In   Help
Track My Orders   My Account   My Lists
My Cart(0)   Choose My Store

See All Departments

## Help : Terms of Use

**Browse In:**
All Departments
▲ Help
▲ New Customer
Terms of Use
   New Customer
   Ordering
   Products and Merchandise
   Security and Privacy
   Shipping and Returns
   Using Your Account
   Walmart Services

### Introduction
- Introduction
- Site Security
- Pricing and Content Information
- Export Policy
- User Reviews, Feedback, Submissions
- Video, Movie, TV Program and Computer Game Ratings
- Colors
- Termination
- Limitation of Liability
- Privacy
- General
- Changes to the Walmart.com Terms of Use

- Use of this Site
- Order Acceptance
- Quantity Limits & Dealer Sales
- Copyrights and Trademarks
- Marketplace
- Use of Widgets Available on Our Site
- Indemnification
- Disclaimer
- Baby Connection
- Click to Chat Terms & Conditions
- DMCA Notice

### Introduction

Welcome to Walmart.com. This Site is provided by Wal-Mart.com USA, LLC (referred to throughout this Site as "Walmart.com") as a service to our customers. Please review the following basic rules that govern your use of the Walmart.com site. **Please note that your use of the Walmart.com site, including Walmart Mobile and the Wal-Mart Toyland site (collectively, the "Site") constitutes your unconditional agreement to follow and be bound by these Terms of Use.** Although you may "bookmark" a particular portion of this Site and thereby bypass these Terms of Use, your use of this Site still binds you to these Terms of Use. Walmart.com reserves the right to update or modify these Terms of Use at any time without prior notice to you. For this reason, we recommend that you review these Terms of Use whenever you use this Site.

Top of Page