Case 3:10-cv-03086-RTD    Document 40-2    Filed 04/18/11    Page 1 of 4 PageID #: 276

Exh. B

Welcome, stebbinsd    Notifications    My Profile    Settings    Log Out    Color Scheme: ☐

Home    Forum    Arcade    What's New?

New Posts    Private Messages    FAQ    Calendar    Community    Forum Actions    Quick Links    My Posts

Advanced Search

Forum    General Politics    General Political Discussion

**Can someone explain the whole "judicial activism" concept to me? Cuz I don't get.**

User Tag List

Tag User(s)

+ REPLY TO THREAD

Results 1 to 4 of 4

Thread: Can someone explain the whole "judicial activism" concept to me? Cuz I don't get.

LinkBack    Thread Tools    Search Thread    Rate This Thread    Display

#1

04-09-2011 06:47 PM

**stebbinsd**

Join Date: Mar 2011
Posts: 5
Thanks: 0
Thanked 2 Times in 1 Post

**Can someone explain the whole "judicial activism" concept to me? Cuz I don't get.**

More specifically, can someone provide a bright line, unambiguous definition of it? Like, if Congress were to make "judicial activism" an impeachable offense (and maybe even a jailable offense, at that), they would need an unambiguous definition of it to determine when a judge is committing it.

How do you distinguish when a judge is committing judicial activism, and when he's striking a law as unconstitutional, because it really is unconstitutional?

Was Brown v. Board of Education an example of judicial activism? What about Romer v. Evans? What about Lawrence v. Texas? Was that judicial activism?

What IS judicial activism? How do you prove it?

What is the difference between "He's committing judicial activism!" and "He gave a ruling that I don't like!"

What's the difference between "I'm sick of judicial activism!" and "I'm sick of judges saying that the discriminatory laws that I support are unconstitutional, but I can't think of anything to attack their logic, so I'm just gonna call it judicial activism!"

What's the difference between the two? Where do you draw the line?!

Edit Post    Reply    Reply With Quote

#2

04-09-2011 06:53 PM

**Hollywood**
♛♛♛
█████



Join Date: Aug 2010
Location: St. Louis, Mo.
Posts: 3,957
Thanks: 520
Thanked 408 Times in 333 Posts

Exh. B.

> **Originally Posted by stebbinsd**
>
> More specifically, can someone provide a bright line, unambiguous definition of it? Like, if Congress were to make "judicial activism" an impeachable offense (and maybe even a jailable offense, at that), they would need an unambiguous definition of it to determine when a judge is committing it.
>
> How do you distinguish when a judge is committing judicial activism, and when he's striking a law as unconstitutional, because it really is unconstitutional?
>
> Was Brown v. Board of Education an example of judicial activism? What about Romer v. Evans? What about Lawrence v. Texas? Was that judicial activism?
>
> What IS judicial activism? How do you prove it?
>
> What is the difference between "He's committing judicial activism!" and "He gave a ruling that I don't like!"
>
> What's the difference between "I'm sick of judicial activism!" and "I'm sick of judges saying that the discriminatory laws that I support are unconstitutional, but I can't think of anything to attack their logic, so I'm just gonna call it judicial activism!"
>
> What's the difference between the two? Where do you draw the line?!

Basically "judicial activism" is what you say a court of judge has done when he/it makes a ruling you don't like. Some people just think it sounds more "adult" and intellectual that saying "well i don't like that". Judicial activism is a favorite of conservative types.

"He that would make his own liberty secure must guard even his enemy from oppression; for if he violates this duty he establishes a precedent that will reach to himself".
THOMAS PAINE

**Reply**    **Reply With Quote**

**Carpe diem**

★★ MEMBER


Join Date:   Mar 2011
Location:    Toronto, Ohio
Posts:       484
Thanks:      22
Thanked 44 Times in 40 Posts

> **Originally Posted by Hollywood**
>
> Basically "judicial activism" is what you say a court of judge has done when he/it makes a ruling you don't like.
> Some people just think it sounds more "adult" and intellectual that saying "well i don't like that". Judicial activism is a favorite of conservative types.

A ruling based on feelings...using the letter of the law to circumvent the spirit of the law.

In 2000 after the Gore - Bush election:

•Tuesday, Dec. 12—The U.S. Supreme Court rules in Bush v. Gore 7–2 to reverse the Florida Supreme Court, which had ordered manual recounts in certain counties. The Court contends that the recount was not treating all ballots equally, and was thus a violation of the Constitution's equal protection and due process guarantees. The Supreme Court of Florida would be required to set up new voting standards and carry them out in a recount. The justices, however, split 5–4 along partisan lines about implementing a remedy. Five justices maintain that this process and the recount must adhere to the official deadline for certifying electoral college votes: midnight, Dec. 12; other justices question the importance of this date. Since the Court makes its ruling just hours before the deadline, it in effect ensures that it is too late for a recount. The decision generates enormous controversy. Those objecting to the ruling assert that the Supreme Court, and not the electorate, has effectively determined the outcome of the presidential election. As Justice Ruth Bader Ginsburg writes in a scathing dissent, "the Court's conclusion that a constitutionally adequate recount is impractical is a prophecy the Court's own judgment will not allow to be tested. Such an untested prophecy should not decide the Presidency of the United States."

Source 2000 Election Chronology &mdash; Infoplease.com

**Reply**    **Reply With Quote**

**Hollywood**
♛♛♛♛
█████


Join Date:

*Exh. B*

> **Originally Posted by Carpe diem**
>
> A ruling based on feelings...using the letter of the law to circumvent the spirit of the law.
>
> In 2000 after the Gore - Bush election:
>
> • Tuesday, Dec. 12—The U.S. Supreme Court rules in Bush v. Gore 7–2 to reverse the Florida Supreme Court, which had ordered manual recounts in certain counties. The Court contends that the recount was not treating all ballots equally, and was thus a violation of the Constitution's equal protection and due process guarantees. The Supreme Court of Florida would be required to set up new voting standards and carry them out in a recount. The justices, however, split 5–4 along partisan lines about implementing a remedy. Five justices maintain that this process and the recount must adhere to the official deadline for certifying electoral college votes: midnight, Dec. 12; other justices question the importance of this date. Since the Court makes its ruling just hours before the deadline, it in effect ensures that it is too late for a recount. The decision generates enormous controversy. Those objecting to the ruling assert that the Supreme Court, and not the electorate, has effectively determined the outcome of the presidential election. As Justice Ruth Bader Ginsburg writes in a scathing dissent, "the Court's conclusion that a constitutionally adequate recount is impractical is a prophecy the Court's own judgment will not allow to be tested. Such an untested prophecy should not decide the Presidency of the United States."
>
> **Source** 2000 Election Chronology &mdash; Infoplease.com

You prove my point for me, thank you.

"He that would make his own liberty secure must guard even his enemy from oppression; for if he violates this duty he establishes a precedent that will reach to himself".
THOMAS PAINE

**+ REPLY TO THREAD**                                              Quick Navigation  **General Political Discussion**  **Top**

**↶ Quick Reply**

𝔸  **B**  *I*  U̲  A  🙂  🖼  📎  💬                                                                                 ↕  ᴬA

                                                                                              Post Quick Reply   Go Advanced

« Previous Thread | Next Thread »

**Tags for this Thread**

congress, constitution, education, election, hollywood, pro, question, united states, voting                    Add / Edit Tags
View Tag Cloud

**Posting Permissions**

You may post new threads          **BB code** is On
You may post replies              **Smilies** are On
You may not post attachments      **[IMG]** code is On
You may edit your posts           HTML code is Off
                                  **Trackbacks** are On
**Pingbacks** are On
**Refbacks** are On

Forum Rules

--- Politics Forum: Blue                                                      Contact Us  Politics Forum  Archive  Top

*Exh. B*

All times are GMT -5. The time now is 01:46 AM.

Powered by vBulletin™ Version 4.1.2
Copyright © 2011 vBulletin Solutions, Inc. All rights reserved.
Search Engine Friendly URLs by vBSEO 3.5.0