IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                PLAINTIFF

v.                           Case No. 10-3086

WAL-MART STORES ARKANSAS, LLC                                                 DEFENDANT

## **ORDER**

Now on this 20th day of April 2011, there comes on for consideration the report and recommendation filed herein on April 14, 2011, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. (Doc. 39). Also before the Court are Plaintiff's objections to the report and recommendation. (Doc. 40).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Renewed Motion to Confirm Arbitration Award (doc. 20) is DENIED, and Defendant's Motion for Partial Summary Judgment Related to Arbitration Claim (doc. 22) is GRANTED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**