IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                      PLAINTIFF

vs.                                Case No. 10-3086

WAL-MART STORES, INC.                            DEFENDANTS

## MOTION FOR RECONSIDERATION

    Comes now Plaintiff David Stebbins, who respectfully submits the following motion for reconsideration of my motion to confirm the arbitration award.

    I submitted a suggestion in support of my motion. You received the suggestion on April 21, 2011, but you had already passed judgment, denying the motion, on April 20, 2011.

    I believe that you should factor this suggestion into your decision. The only reason it is late is because I do not have ECF access. Details will be provided in the brief. Furthermore, while you do not think that my motion should be granted on the merits, this suggestion, as you can see, renders the merits moot.

    Wherefore, I respectfully pray that you reconsider my motion to confirm the arbitration award, subsequently grant the motion, and award other relief that the court finds appropriate.

    It is so humbly requested on this 22nd day of April, 2011.

*David Stebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com