U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 29 2011

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                                            **PLAINTIFF**

vs.                                 Case No. 10-3086

**WAL-MART STORES, INC.**                                      **DEFENDANTS**

## NOTICE OF APPEAL

I, David Stebbins, hereby submit the following notice of appeal. The District Court erred in refusing to confirm my arbitration award, and I now wish to appeal this decision, pursuant to 9 U.S.C. § 16(a)(1)(D).

Also, notice that I am applying for leave to proceed in forma pauperis. Please grant this application.

Also, I hereby certify that a true and correct copy of this notice was served on Jeffrey Spillyards, attorney for the Defense, by mailing a copy to 425 West Capitol Ave, Suite 1800, Little Rock, AR 72201, on the 28th day of April, 2011.

It is so declared on this 28th day of April, 2011.

*/s/ David Stebbins*

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com