# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 03, 2011

Mr. David Anthony Stebbins
Apt. 5
1407 N. Spring Road
Harrison, AR  72601

RE:  11-1966  David Stebbins v. Wal-Mart Stores Arkansas

Dear Sir:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Your appeal is being referred to the court. No briefing schedule will be established, and no additional pleadings are required from you. Our office will advise you of any action taken in your case.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

Please contact us if you have any questions about the case.

Michael E. Gans
Clerk of Court

PSA

Enclosure(s)

cc:   Mr. Christopher R. Johnson
      Mr. Jeffrey L. Spillyards

District Court/Agency Case Number(s):   3:10-cv-03086-RTD

**Caption For Case Number:   11-1966**

**David Anthony Stebbins**

      **Plaintiff - Appellant**

**v.**

**Wal-Mart Stores Arkansas, LLC, also known as Wal-Mart Stores, Inc.**

      **Defendant - Appellee**

**Addresses For Case Participants:   11-1966**

Mr. David Anthony Stebbins
Apt. 5
1407 N. Spring Road
Harrison, AR  72601

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
35 E. Mountain Street
Suite 510
Fayetteville, AR  72701-5354

Mr. Jeffrey L. Spillyards
MITCHELL & WILLIAMS
425 W. Capitol Avenue
Suite 1800
LIttle Rock, AR  72201