# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

DAVID STEBBINS                                                                                   PLAINTIFF

v.                                          CASE NO. 10-3086

WAL-MART STORES, INC.                                                                      DEFENDANT

## WAL-MART'S MOTION FOR SUMMARY JUDGMENT

Defendant Wal-Mart Stores Arkansas, LLC ("Wal-Mart"), erroneously identified as "Wal-Mart Stores, Inc.," by its attorneys, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., for its Motion for Summary Judgment, states:

1. The present lawsuit is one of six *pro se* lawsuits that Plaintiff, David Stebbins, has filed in the Western District of Arkansas during 2010 and 2011.

2. Wal-Mart previously filed a Motion for Partial Summary Judgment Related to Arbitration Claim seeking summary judgment and the dismissal with prejudice of Plaintiff's arguments related to enforcing an alleged arbitration award against Wal-Mart. [Doc. # 22]. On April 14, 2011, U.S. Magistrate Judge Erin L. Setser entered a Report and Recommendation recommending that Wal-Mart's Motion for Partial Summary Judgment be granted. [Doc. # 39]. On April 20, 2011, the Court adopted Judge Setser's Report and Recommendation and dismissed Plaintiff's claim related to arbitration. [Doc. # 41].

3. Plaintiff has continued to file documents related to his arbitration claim, including a notice of appeal to the Eighth Circuit. Wal-Mart has filed a responsive

document and incorporated therein the arguments from its previously-filed Motion for Partial Summary Judgment. [Doc. # 54].

4.    The present Motion addresses the only remaining claim asserted by Plaintiff in this matter – his claim under the Rehabilitation Act of 1973. [Doc. # 1].

5.    Because Wal-Mart is not a covered entity under the Rehabilitation Act, Wal-Mart is entitled to summary judgment and the dismissal with prejudice of Plaintiff's complaint. *See* 29 U.S.C. § 794(b)(3).

6.    In support of its Motion, Wal-Mart relies on its Brief in Support and Statement of Undisputed Facts, filed herewith, and the following attached exhibit:

Exhibit "1" – Declaration of Carol Johnston

WHEREFORE, for the reasons stated herein and in Wal-Mart's Brief in Support, Wal-Mart respectfully requests that its Motion for Summary Judgment be granted, that Plaintiff's complaint be dismissed with prejudice, and for all other relief to which it may be entitled.

Respectfully submitted,

**/s/ Marshall Ney**
Ark. Bar No. 91108
**/s/ Kathlyn Graves**
Ark. Bar No. 76045
**/s/ Jeffrey L. Spillyards**
Ark. Bar No. 2004159

Mitchell, Williams, Selig,
Gates & Woodyard, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201
(501) 688-8800
*mney@mwlaw.com*
*kgraves@mwlaw.com*
*jspillyards@mwlaw.com*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13th, 2011, I mailed this document by U.S. Mail to the following non CM/ECF participant:

David A. Stebbins
1407 N. Spring Rd., Apt. # 5
Harrison, Arkansas 72601

**/s/ Jeffrey L. Spillyards**