## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

**DAVID STEBBINS**                                                                    **PLAINTIFF**

**v.**                                             **CASE NO. 10-3086**

**WAL-MART STORES, INC.**                                               **DEFENDANT**

### DECLARATION OF CAROL JOHNSTON

Pursuant to 28 U.S.C. § 1746, the undersigned, Carol Johnston, states as follows:

1.       My name is Carol Johnston. I am over the age of 18 years of age, and I am competent in all respects to testify. I have personal knowledge of all statements contained herein.

2.       I am a Senior Vice President for Wal-Mart, and I am responsible for Wal-Mart Stores within the "Central Plains" division, which includes Wal-Mart Stores within the state of Arkansas.

3.       Wal-Mart Stores, Inc. is the largest retail company in the world. Attached to this Declaration as Exhibit "A" is Wal-Mart's 2011 Annual Report, which reflects this fact. In addition, the Annual Report provides specific details regarding the company's operation and plans for the future. *See* Annual Report at page 16 ("Wal-Mart Stores, Inc. operates retail stores in various formats around the world . . . .) and page 2 ("There is no doubt that Walmart is the best-positioned global retailer to address the needs of customers around the world"). During fiscal year 2011, Wal-Mart's net sales were $419 billion. *See* Annual Report at page 1.



EXHIBIT

I-Part I

4.    Wal-Mart is a retail company, and is not principally engaged in the business of providing education, health care, housing, social services, or parks and recreation.

5.    While Wal-Mart comes in contact with some Federal programs through reimbursements it receives as result of filling prescriptions of Medicaid and Medicare-insured customers or selling certain groceries to those who utilize federal food and nutrition programs like WIC and SNAP, Wal-Mart does not receive Federal subsidies "as a whole."

I declare under penalty of perjury that the foregoing is true and correct. Executed this _//_ day of May, 2011.

BRENDA HYSO
NOTARY PUBLIC-STATE OF ARKANSAS
BENTON COUNTY
My Commission Expires 10-06-2014

_____
Carol Johnston



Walmart ⁑
2011 Annual Report

Building the Next Generation Walmart

EXHIBIT
A

# Walmart

## Our global mission
# We save people money so they can live better.

Saving people money to help them live better was the goal that Sam Walton envisioned when he opened the doors to the first Walmart®. This focus drives everything we do at Walmart. And, for the millions of customers who shop in our stores around the world each week, it means they can trust that our brand means we have every day low prices.

## Our financial priorities

### Growth

**Net sales**
(dollars in billions)



In FY12, we expect to grow net sales between 4% and 6% through new square footage and comparable sales. Walmart International remains a major contributor to growth.

### Leverage

**Operating expense**
(as a percentage of sales)



The productivity loop now is ingrained in our business model. Every day low cost (EDLC) drives our ability to deliver every day low price (EDLP). We remain committed to leveraging operating expenses.

### Returns

**Return on investment**[1]



Our commitment is to keep return on investment, or ROI, stable. One of our priorities is returning value to shareholders through dividends and share repurchases.

**Free cash flow**[1]
(dollars in billions)



Walmart continues to invest capital to grow the business, and our operating results helped to produce another year of strong returns.

[1] Return on investment (ROI) and free cash flow are non-GAAP measures. Return on assets (ROA) is the closest GAAP measure to ROI and net cash provided by operating activities of continuing operations is the closest GAAP measure to free cash flow. The reconciliations and other information regarding ROI and free cash flow and their closest GAAP measures can be found in the Management's Discussion and Analysis of Financial Condition and Results of Operations included in this Annual Report. A reconciliation of ROI to ROA for fiscal 2009 is reflected on our website at www.walmartstores.com/investors.

All trademarks in this report are the property of their respective owners.                    ©2011 Wal-Mart Stores, Inc.




Michael T. Duke
President and Chief Executive Officer
Wal-Mart Stores, Inc.

## To our shareholders, associates and customers

# Building the Next Generation Walmart

At Walmart, we are proud that we work for a very special company that's based on Sam Walton's vision of saving people money so they can live better. Every time a Walmart associate walks the sales floor, enters our offices, or gets behind the wheel of a truck, he or she has the opportunity to improve the lives of millions of people around the world. What we do and how we perform is watched closely not only by our customers and shareholders, but also by the whole world.

**Financial results.** Walmart delivered solid financial performance for fiscal year 2011. We increased net sales by 3.4 percent to $419 billion and operating income by 6.4 percent to more than $25 billion. Our diluted earnings per share from continuing operations rose 12 percent to $4.18 per share. We continued to deliver a stable return on investment of over 19 percent. We closed out the year with almost $11 billion in free cash flow. And I'm proud that we returned a record $19.2 billion to shareholders through dividends and share repurchases.

These results demonstrate the strength of our underlying business and our dedication to delivering shareholder value. In the coming year, I'm optimistic that Walmart will improve where we need to and continue to build momentum where we're already succeeding. Our talented leadership team is fully aligned on executing plans to support our financial priorities of growth, leverage and returns.

**Business segments.** We were simply not satisfied with the net sales results in Walmart U.S. last year. The team is implementing an aggressive plan to reinforce our commitment to EDLP and to offer a broad merchandise assortment and presentation that's even more relevant to customers. My top priority this year is to work with Bill Simon, CEO of Walmart U.S., and his team to achieve positive comparable store sales. At the same time, there's a tremendous opportunity to grow in the United States through supercenters and new formats, such as Walmart Express™, in urban and rural markets.

Under Doug McMillon, CEO of Walmart International, our international segment continued to be a growth engine last year – generating a 12 percent net sales increase and adding approximately 8 percent more selling space through 458 net new units. Walmart International leveraged expenses on a constant currency basis this past year, and we expect improving returns in the years ahead. We are pleased with the progress of the Massmart transaction in South Africa and continue to work on finalizing our acquisition of the Netto stores in the U.K. Our international leadership teams are accelerating organic growth in emerging markets, including Brazil, China, India and Mexico.

I am very pleased with Sam's Club's performance and the contributions they're making to shareholder value. Brian Cornell, CEO of Sam's Club®, and his team grew sales 3.5 percent, and we expect continued sales momentum this year. Sam's top priority for this year is attracting new members through improved member experiences.

**Best-positioned retailer.** There is no doubt that Walmart is the best-positioned global retailer to address the needs of customers around the world. Our customers remain pressured, particularly in mature markets, about job security and personal finances. In emerging markets, the economic recovery is stronger and fueling a growing middle class. All of this points to the incredible opportunity we have with the Next Generation Walmart and our mission of saving people money so they can live better.

At Walmart, we have so many great strengths to leverage throughout our company. Our new Global Business Processes team is developing and sharing improved processes, such as workforce productivity, across our business segments. Our Global Customer Insight Group will help drive growth by deepening our understanding of consumer trends and creating new analytical tools. I'm also pleased with the progress we're making in developing the best talent in each market. Recruiting, developing and retaining future leaders is vital to Walmart's success, and we have a special emphasis on women leaders. This is important because, globally, women represent 50 percent of the available talent and, according to an external study, directly influence over $20 trillion in annual consumer spending.

## Sales by segment
(dollars in billions)
(fiscal year ended January 31, 2011)



| | |
|---|---|
| ● Walmart U.S. | $260 |
| ● Walmart International | $109 |
| ● Sam's Club | $ 49 |

## Units by segment
(as of January 31, 2011)



| | |
|---|---|
| ● Walmart U.S. | 3,804 |
| ● Walmart International | 4,557 |
| ● Sam's Club | 609 |

With customers adopting technology faster than ever, we're entering an era of even greater price transparency. Our ASDA® price guarantee program is a great example of that transparency. Our focus on the productivity loop helps ensure we drive every day low cost, so we can deliver every day low prices across our business. Walmart U.S. is also leveraging multi-channel innovations like Site-to-Store®, Pick Up Today℠ and Fed-Ex® Site to Store to allow our customers to shop when and how they want. We have a web presence in many of our 15 countries and are working to coordinate those efforts and expand to new markets where we may not even have a physical presence. Through these and other initiatives, we will continue to leverage our resources, lower costs and increase our speed to market.



**Leading on social issues.** We continue to play an even bigger leadership role on the social issues that matter to our customers. I am especially proud of how sustainability is integrated throughout our business, and how associates all over the world are involved in this initiative. This year, we've published a Global Responsibility Report, expanding the dialogue to a broader range of major issues beyond our environmental sustainability efforts. This is a natural evolution for the company as we work toward a globally responsible view of our impact on the world community.

Our culture is what makes us special at Walmart. The retailer that respects individuals, puts customers first, strives for excellence, and is trusted, will win the future. In particular, it is important that Walmart associates obsess about serving customers every day – listening to them and giving them what they want. Everywhere I travel, customers tell me that they care about quality products at an affordable price, and that's what we need to deliver to them.

We can and do make a profound difference in people's lives. At Walmart, we understand this opportunity and the responsibility that comes with it. And not a day goes by when I don't think about how much our Board of Directors and the management team appreciate the hard work of our 2.1 million associates. Working together, we are building the Next Generation Walmart and making Sam Walton's vision a reality around the world.

*Michael T. Duke*

Michael T. Duke
President and Chief Executive Officer
Wal-Mart Stores, Inc.

### Earnings per share
(diluted, continuing operations)



### Dividends
(dollars per share)







**Walmart U.S. FY11 results**

**$260 billion**
Net sales

**3,804**
Retail units

**617 million**
Total square footage




# Leveraging our foundation to reach even more U.S. families

In fiscal 2011, Walmart U.S. delivered strong operating income and expense leverage. Net sales exceeded $260 billion. Operating income grew 3.1 percent to approximately $20 billion. We offer one-stop shopping to millions of customers through more than 3,800 stores and over 617 million square feet of selling space.

**Improved sales this year.** This year, the Walmart U.S. team is implementing a four-point plan to improve comparable store sales. Walmart's commitment is to deliver every day low price on the basket. EDLP is what our brand was built on, and what drives customer trust and loyalty. Working with our suppliers, we will offer the most relevant, broadest assortment possible across all categories. We are expanding our assortment, reallocating selling space and enhancing productivity initiatives to reduce costs. By expanding our multi-channel initiatives, customers have even more opportunities to shop on their terms.

**Continued growth in the U.S.** Growth through new stores remains a priority, with supercenters the primary driver because they continue to offer the greatest returns and allow customers a one-stop shopping experience. We are growing also through smaller formats, including both grocery stores and even smaller, convenience formats. We will open our first convenience format stores, Walmart Express, in the second quarter. These stores will be less than 30,000 square feet and will sell grocery, pharmacy and limited general merchandise.

**Solid and consistent expense leverage.** Our focus on delivering expense leverage is as strong as ever. We continue to implement productivity initiatives throughout the stores, supply chain and logistics to improve returns. Last, as we see topline sales increase through our focus on EDLP and from operational and merchandising improvements, we can further enhance our ability to drive expense leverage.





Operating income grew 3.1 percent to almost $20 billion for the fiscal year. The team also leveraged expenses for five consecutive quarters.



Walmart International

Walmart International FY11 results

$109 billion
Net sales

4,557
Retail units

287 million
Total square footage









# Driving aggressive growth and increasing leverage globally

Walmart International continues aggressive growth, adding sales in both emerging and mature markets. Net sales for fiscal 2011 grew 12 percent to $109 billion. Operating income increased to more than $5.6 billion, supported by more than 4,500 locations and almost 287 million square feet of selling space.

**Locally relevant.** Our growth comes from a combination of comparable sales and new stores. We're opening supercentres in new regions of Canada and changing the competitive environment in Brazil with a shift to EDLP. Our expectations for growth this year include 23 to 24 million new square feet in current markets, including significant investments in soft discount formats and supercenters in emerging markets. The diversity of our formats allows entry into urban and rural areas and ensures we're relevant to the local community. In every market, our customers trust us to lead on price with our EDLP promise. Japan's transition to EDLP and operational efficiencies contributed to increased profits for each of the past three years. In the United Kingdom, ASDA has gone even further, providing customers with the ability to check their basket price against competitors with a few simple clicks online through the ASDA price guarantee.

**Opportunity for leverage.** Leveraging the local and global footprint and the scale of Walmart saves our customers money so they can live better. Global sourcing efforts drive merchandise quality and uniqueness. Operational cost efficiencies and various systems, processes and technologies allow us to lower the prices in our markets. The ability to choose between local and global sourcing provides us with a significant competitive advantage in our markets.

**A balanced approach.** We will continue to balance our commitment to aggressive growth with our long-term plan to improve returns. Looking ahead, solid returns come from operational discipline, adherence to the productivity loop and effective capital allocation.



**Savings Made Simple℠**

Sam's Club FY11 results

# $49 billion
Net sales

# 609
Retail units

# 81 million
Total square footage





# Delivering growth through Savings Made Simple℠



Sam's Club's continued focus on understanding our members' needs led to strong sales and operating income growth during the year, with annual net sales of almost $50 billion, an increase of 3.5 percent over the previous year. Comparable club sales accelerated through the year, giving us strong sales momentum heading into fiscal 2012.

**Helping members make smart choices.** Our members want expanded offerings in produce, meat and bakery, and we added more than 100 new fresh items last year, with many more coming this year. Health and wellness is becoming more important to our members, and we're responding by adding services to our pharmacies, such as free monthly health screenings and hearing centers. Additionally, we continue to add exciting brands in key categories, including apparel, jewelry, technology and entertainment.

**Technology and innovation improving member experience.** Both in our clubs and online, we have created more ways than ever to engage members. We have stepped up technology offerings, from free wireless networks in the clubs, to a more robust eCommerce site and the Sam's Club smart phone application. Sam's Club Plus Members can now access their personalized eValues℠ through a kiosk in the club, the Sam's Club smart phone application, or online.

We've also improved our scheduling and stocking processes, which provides productivity savings. And there are more initiatives on the way to help us better leverage our expenses this year.



Comparable club sales, without fuel, increased sequentially every quarter during FY11 through improvements in fresh products, apparel and health and wellness offerings. Sam's expects sales momentum to continue in FY12.



# Investing in global eCommerce to reach more customers

In 2010, Walmart consolidated its eCommerce activities around the world in a Global eCommerce Division. This division has three goals: 1) Develop and execute a global eCommerce strategy; 2) Accelerate global online channel growth; and 3) Create technology platforms and applications for every Walmart market.

We made significant strides against these goals and now have a strong foundation in place to make even greater progress this year. In addition, we organized our teams to focus separate and dedicated resources on emerging and mature markets. Our structure also integrates into each operating segment and to each country to ensure we can respond to customers' multi-channel shopping needs.

Walmart offers eCommerce sales through dedicated online platforms in seven countries, with the most significant being Walmart.com in the United States. ASDA.com, our U.K. grocery home shopping network, is now a meaningful business, serving 97 percent of all U.K. customers. The investments made in these platforms are helping to accelerate growth in other markets, including Brazil and China.

The factors that drive shopping behavior – price, assortment, customer experience and trust – are as relevant for eCommerce today as they have always been for our various physical retail formats. What is changing is the technology that enables and shapes the retail transaction. Nowhere is this more evident than with mobile applications and the impact technology has on price transparency and location services. We intend to leverage these evolving technologies – and the trust that our customers have in the Walmart brand – to our advantage as we differentiate our business from other online retailers.





 Helping people live better around the world

Walmart's culture is at the heart of how we operate our business. The core beliefs that Sam Walton established – respect for the individual, service to our customers and striving for excellence – drive us to help customers and communities live better. We have an enormous responsibility to lead on issues that make a difference for associates and communities. Several key pillars define this commitment: economic opportunity, sustainability, responsible sourcing, healthy living and community involvement.

We recruit and develop the best talent around the globe and develop an engaged workforce by providing all associates with opportunities to learn, grow and advance.

Since October 2005, when our sustainability program was launched, our focus has been on three goals: be supplied 100 percent by renewable energy, create zero waste and sell products that sustain people and the environment. Sustainability is now ingrained in our business strategy, and we have broadened and deepened this commitment.

We value the trust customers place in us to provide them with safe and sustainable choices, and strive to be a leader in responsible sourcing and product compliance. We made a global commitment to sustainable agriculture to help both farmers and customers in all of our markets. And we kicked off a new initiative in the United States to make the food we sell healthier and healthier foods more affordable for our customers. We are also proud of the bold commitment we made last year to end hunger in America.



**Learn about a more responsible Walmart in our new Global Responsibility Report at** walmartstores.com

Through financial contributions, in-kind donations and volunteerism, Walmart supports local communities everywhere we operate. The Walmart Foundation supports causes and efforts around the world, from alleviating hunger to disaster relief. Leading on social issues is now a key strategy in building the Next Generation Walmart, and we are using our size and scale to make a difference for customers and our world.



**Board members pictured, left to right**
**Front Row:** James W. Breyer, Steven S Reinemund, Aida M. Alvarez, S. Robson Walton, Roger C. Corbett, H. Lee Scott, Jr., M. Michele Burns
**Back Row:** Linda S. Wolf, Douglas N. Daft, James I. Cash, Jr., Ph.D., Gregory B. Penner, Arne M. Sorenson, Michael T. Duke, Jim C. Walton, Christopher J. Williams

# 2011 Walmart Board of Directors

**Aida M. Alvarez[a]**
Ms. Alvarez is the former Administrator of the U.S. Small Business Administration and was a member of President Clinton's Cabinet from 1997 to 2001.

**James W. Breyer[b]***
Mr. Breyer is a Partner of Accel Partners, a venture capital firm.

**M. Michele Burns[b]**
Ms. Burns is the Chairman and Chief Executive Officer of Mercer LLC, a subsidiary of Marsh & McLennan Companies, Inc.

**James I. Cash, Jr., Ph.D.[a]**
Dr. Cash is the retired James E. Robison Emeritus Professor of Business Administration at Harvard Business School, where he served from July 1976 to October 2003.

**Roger C. Corbett[b]**
Mr. Corbett is the retired Chief Executive Officer and Group Managing Director of Woolworths Limited, the largest retail company in Australia.

**Douglas N. Daft[c]**
Mr. Daft is the retired Chairman of the Board of Directors and Chief Executive Officer of The Coca-Cola Company, a beverage manufacturer, where he served in that capacity from February 2000 until May 2004, and in various other capacities since 1969.

**Michael T. Duke[d]*[e]***
Mr. Duke is the President and Chief Executive Officer of Wal-Mart Stores, Inc. and is the Chairman of the Executive Committee of the Board of Directors.

**Gregory B. Penner[e]**
Mr. Penner is a General Partner at Madrone Capital Partners, an investment management firm.

**Steven S Reinemund[c]**
Mr. Reinemund is the Dean of Business and Professor of Leadership and Strategy at Wake Forest University. He previously served as the Chairman of the Board and Chairman and Chief Executive Officer of PepsiCo, Inc.

**H. Lee Scott, Jr.[b]**
Mr. Scott is the former Chairman of the Executive Committee of the Board of Directors of Wal-Mart Stores, Inc. He is the former President and Chief Executive Officer of Wal-Mart Stores, Inc., serving in that position from January 2000 to January 2009.

**Arne M. Sorenson[a]**
Mr. Sorenson is President and Chief Operating Officer of Marriott International, Inc.

**Jim C. Walton[b]**
Mr. Walton is the Chairman of the Board of Directors and Chief Executive Officer of Arvest Bank Group, Inc., a group of banks operating in the states of Arkansas, Kansas, Missouri and Oklahoma.

**S. Robson Walton[d][e]**
Mr. Walton is the Chairman of the Board of Directors of Wal-Mart Stores, Inc.

**Christopher J. Williams[a]*[d]**
Mr. Williams is the Chairman of the Board of Directors and Chief Executive Officer of The Williams Capital Group, L.P., an investment bank.

**Linda S. Wolf[c]***
Ms. Wolf is the retired Chairman of the Board of Directors and Chief Executive Officer of Leo Burnett Worldwide, Inc., an advertising agency and division of Publicis Groupe S.A.

**Committees**
(a) Audit
(b) Strategic Planning and Finance
(c) Compensation, Nominating and Governance
(d) Executive
(e) Global Compensation

*Denotes Committee Chairperson

# Effective corporate governance benefits shareholders



Walmart is a purpose-driven organization, helping customers save money so they can live better. Our commitment to this mission and to enhancing shareholder value drives our associates around the world and lays the groundwork for us to build the Next Generation Walmart. It is gratifying to me and to our entire Board that we uphold the same values and principles that guided my Dad as he built this company.

Walmart associates live those values every day. I like to get out and visit with our associates, and when I do I am proud to see their commitment when I visit stores or clubs. I appreciate watching the heartfelt offer of a greeting and a shopping cart to a mother with small children. A small restaurant owner shared his enthusiasm with me recently about the savings and value he finds at Sam's Club. It is exciting that through our growth strategy we have so many more opportunities to share the Walmart experience. In fact, when our Board met in China late last year, we spent two days visiting our stores and several competitors. We had lunch with a number of hourly Walmart China associates and learned more about their lives and how we can better serve customers. These visits reinforced the Board's recommendation that our international team accelerate growth in China, as well as our other emerging markets.

**Strong governance framework.** Our corporate governance practices are rooted in these same values and principles that Dad instilled in Walmart. This corporate governance framework has never been stronger. We've maintained a separate Chairman and CEO leadership structure since 1988 to enhance the oversight of our leadership team and facilitate management development.

Our Board remains committed to corporate governance processes that ensure a balance between proper oversight and the right level of control, and we regularly review these processes. For example, our Board recently changed the charter to formalize the Compensation, Nominating and Governance Committee's oversight for sustainability and corporate responsibility. This committee also regularly reviews our executive compensation programs to ensure

that compensation is not only competitive, but also remains closely tied to performance that is aligned with shareholder value.

Walmart Board members represent varied experiences covering retail, technology, financial, brand management, strategic and global expertise. We encourage frank discussions and debate, gain consensus and provide guidance to management on strategies and plans. Mike Duke's leadership team is fully aware that each Board conversation includes honest feedback and provocative questions, based on the best interests of the company and our shareholders.

As Chairman, I am very proud that through these examples and countless others, our corporate governance reflects Walmart's culture and rich history. My Dad left behind one of the greatest gifts, a culture that ensures we always strive to do our best for customers and shareholders. We often credit Dad with creating this great company, as well as driving innovation in operations and merchandising. What he really did was create an organization founded on the principles of the utmost integrity behind our decisions...that just happened to be a retail company. It's an organization that is capable of continuing to accomplish great things.

One of my Dad's most popular quotes is "To succeed, stay out in front of change." Dad forged a framework that allows us to do that. And in doing so, we challenge ourselves to improve constantly for our customers, our shareholders and our associates.

*S. Robson Walton*
Chairman of the Board of Directors
Wal-Mart Stores, Inc.

## Executive Officers

**Eduardo Castro-Wright**
Vice Chairman, responsible for
Global eCommerce and
Global Sourcing

**M. Susan Chambers**
Executive Vice President,
People Division

**Brian C. Cornell**
Executive Vice President,
President and Chief Executive Officer,
Sam's Club

**Leslie A. Dach**
Executive Vice President,
Corporate Affairs

**Michael T. Duke**
President and Chief Executive Officer

**Rollin L. Ford**
Executive Vice President,
Chief Information Officer

**Jeffrey J. Gearhart**
Executive Vice President,
General Counsel and Corporate Secretary

**Charles M. Holley, Jr.**
Executive Vice President and
Chief Financial Officer

**C. Douglas McMillon**
Executive Vice President,
President and Chief Executive Officer,
Walmart International

**William S. Simon**
Executive Vice President,
President and Chief Executive Officer,
Walmart U.S.

**S. Robson Walton**
Chairman of the Board of Directors

**Steven P. Whaley**
Senior Vice President and Controller

# Walmart ✺
# 2011
## Financial Report

| | |
|---|---|
| 15 | Five-Year Financial Summary |
| 16 | Management's Discussion and Analysis of Financial Condition and Results of Operations |
| 30 | Consolidated Statements of Income |
| 31 | Consolidated Balance Sheets |
| 32 | Consolidated Statements of Shareholders' Equity |
| 33 | Consolidated Statements of Cash Flows |
| 34 | Notes to Consolidated Financial Statements |
| 54 | Report of Independent Registered Public Accounting Firm |
| 55 | Report of Independent Registered Public Accounting Firm on Internal Control Over Financial Reporting |
| 56 | Management's Report to Our Shareholders |
| 57 | Fiscal 2011 Unit Count |
| 58 | Corporate and Stock Information |



# 2011 Financial Review

## Five-Year Financial Summary

(Dollar amounts in millions, except per share and unit count data)

| As of and for the Fiscal Years Ended January 31, | 2011 | 2010 | 2009 | 2008 | 2007 |
|---|---|---|---|---|---|
| | | | As Adjusted | | |
| **Operating Results** [1] | | | | | |
| Net sales | $418,952 | $405,132 | $401,087 | $373,821 | $344,759 |
| Net sales increase | 3.4% | 1.0% | 7.3% | 8.4% | 11.6% |
| Comparable sales in the United States [2] | -0.6% | -0.8% | 3.5% | 1.6% | 2.0% |
| Walmart U.S. | -1.5% | -0.7% | 3.2% | 1.0% | 1.9% |
| Sam's Club | 3.9% | -1.4% | 4.9% | 4.9% | 2.5% |
| Gross profit margin | 24.7% | 24.9% | 24.2% | 24.0% | 23.4% |
| Operating, selling, general and administrative expenses, as a percentage of net sales | 19.3% | 19.7% | 19.3% | 19.0% | 18.5% |
| Operating income | $ 25,542 | $ 24,002 | $ 22,767 | $ 21,916 | $ 20,552 |
| Income from continuing operations attributable to Walmart | 15,355 | 14,449 | 13,235 | 12,841 | 12,224 |
| Net income per share of common stock: | | | | | |
| Diluted net income per common share from continuing operations attributable to Walmart | $ 4.18 | $ 3.73 | $ 3.35 | $ 3.15 | $ 2.93 |
| Dividends declared per common share | 1.21 | 1.09 | 0.95 | 0.88 | 0.67 |
| **Financial Position** | | | | | |
| Inventories | $ 36,318 | $ 32,713 | $ 34,013 | $ 34,690 | $ 33,235 |
| Property, equipment and capital lease assets, net | 107,878 | 102,307 | 95,653 | 96,867 | 88,287 |
| Total assets | 180,663 | 170,407 | 163,096 | 163,200 | 151,274 |
| Long-term debt, including obligations under capital leases | 43,842 | 36,401 | 34,549 | 33,402 | 30,735 |
| Total Walmart shareholders' equity | 68,542 | 70,468 | 64,969 | 64,311 | 61,298 |
| **Unit Counts** | | | | | |
| Walmart U.S. segment | 3,804 | 3,755 | 3,703 | 3,595 | 3,488 |
| Walmart International segment | 4,557 | 4,099 | 3,595 | 3,093 | 2,733 |
| Sam's Club segment | 609 | 605 | 611 | 600 | 588 |
| Total units | 8,970 | 8,459 | 7,909 | 7,288 | 6,809 |

[1] Effective May 1, 2010, the Company implemented a new financial system for its operations in the United States, Canada and Puerto Rico. Concurrent with this implementation and the increased system capabilities, the Company changed the level at which we apply the retail method of accounting for inventory in these operations. The retrospective application of this accounting change impacted both segment and consolidated operating income, as well as consolidated net income for all comparable periods presented. See "Notes to Consolidated Financial Statements," Note 2. "Accounting Change."

In addition, we reclassified certain revenue and expense items within our Consolidated Statements of Income for financial reporting purposes. The reclassifications did not impact consolidated operating income or consolidated net income attributable to Walmart. The changes were effective February 1, 2009 and have been reflected for fiscal 2010, 2009 and 2008.

[2] Comparable store and club sales include fuel. Fiscal 2008 and fiscal 2007 comparable sales include all stores and clubs that have been open for at least the previous 12 months. Additionally, for those fiscal years, stores and clubs that are relocated, expanded or converted are excluded from comparable sales for the first 12 months following the relocation, expansion or conversion. Fiscal 2011, 2010 and 2009 comparable sales include sales from stores and clubs open for the previous 12 months, including remodels, relocations and expansions. Fiscal 2008 and fiscal 2007 comparable store and club sales do not reflect reclassifications effective February 1, 2009, as noted above.

# Management's Discussion and Analysis of Financial Condition and Results of Operations

## Overview

Wal-Mart Stores, Inc. ("Walmart," the "Company" or "we") operates retail stores in various formats around the world and is committed to saving people money so they can live better. We earn the trust of our customers every day by providing a broad assortment of quality merchandise and services at every day low prices ("EDLP"), while fostering a culture that rewards and embraces mutual respect, integrity and diversity. EDLP is our pricing philosophy under which we price items at a low price every day so our customers trust that our prices will not change under frequent promotional activity. Our focus for Sam's Club is to provide exceptional value on brand name and private label merchandise at "members only" prices for both business and personal use. Internationally, we operate with similar philosophies. Our fiscal year ends on January 31 for our U.S. and Canada operations and on December 31 for all other operations. We discuss how the results of our various operations are consolidated for financial reporting purposes in Note 1 in the "Notes to Consolidated Financial Statements."

We intend for this discussion to provide the reader with information that will assist in understanding our financial statements, the changes in certain key items in those financial statements from year to year, and the primary factors that accounted for those changes, as well as how certain accounting principles affect our financial statements. We also discuss certain performance metrics that management uses to assess our performance. The discussion also provides information about the financial results of the various segments of our business to provide a better understanding of how those segments and their results affect the financial condition and results of operations of the Company as a whole. This discussion should be read in conjunction with our Consolidated Financial Statements as of January 31, 2011, and the fiscal year then ended and accompanying notes.

Currently, our operations consist of three reportable business segments: (1) the Walmart U.S. segment; (2) the Walmart International segment; and (3) the Sam's Club segment. The Walmart U.S. segment includes the Company's mass merchant concept in the United States and Puerto Rico, operating under the "Walmart" or "Wal-Mart" brand, as well as walmart.com. The Walmart International segment consists of the Company's operations outside of the United States and Puerto Rico. The Sam's Club segment includes the warehouse membership clubs in the United States and Puerto Rico, as well as samsclub.com.

Throughout this Management's Discussion and Analysis of Financial Condition and Results of Operations, we discuss segment operating income and comparable store and club sales. The Company measures the results of its segments using, among other measures, each segment's operating income, including certain corporate overhead allocations. From time to time, we revise the measurement of each segment's operating income, including any corporate overhead allocations, as dictated by the information regularly reviewed by our chief operating decision maker. When we do so, the prior period amounts for segment operating income are reclassified to conform to the current period's presentation.

The amounts representing "Other" in the leverage discussion of the Company Performance Metrics are unallocated corporate overhead items.

Comparable store and club sales is a metric which indicates the performance of our existing U.S. stores and clubs by measuring the change in sales for such stores and clubs for a particular period from the corresponding period in the prior year. Walmart's definition of comparable store sales includes sales from stores and clubs open for the previous 12 months, including remodels, relocations and expansions. Changes in format continue to be excluded from comparable store and club sales when the conversion is accompanied by a relocation or expansion that results in a change in square feet of more than five percent. Since the impact of this revision is inconsequential, the Company will not restate comparable store and club sales results for previously reported years. Comparable store and club sales are also referred to as "same-store" sales by others within the retail industry. The method of calculating comparable store and club sales varies across the retail industry. As a result, our calculation of comparable store and club sales is not necessarily comparable to similarly titled measures reported by other companies.

In discussions of our consolidated results and the operating results of our Walmart International segment, we sometimes refer to the impact of changes in currency exchange rates. When we refer to changes in currency exchange rates or currency exchange rate fluctuations, we are referring to the differences between the currency exchange rates we use to convert the Walmart International segment's operating results from local currencies into U.S. dollars for financial reporting purposes. The impacts of currency exchange rate fluctuations are typically calculated as the difference between current period activity translated using the current period's currency exchange rates and the comparable prior year period's currency exchange rates, respectively. We use this method for all countries where the functional currency is not denominated in the U.S. dollar.

In connection with the Company's new financial system implementation, we changed the level at which we apply the retail method of accounting for inventory. The retrospective application of this accounting change impacted both segment and consolidated operating income, as well as consolidated net income for all comparable periods presented. See "Notes to Consolidated Financial Statements," Note 2. "Accounting Change."

In addition, we reclassified certain revenue and expense items within our Consolidated Statements of Income for financial reporting purposes. The reclassifications did not impact consolidated operating income or consolidated net income attributable to Walmart. All prior period amounts have been reclassified to conform to the current period's presentation.

### The Retail Industry

We operate in the highly competitive retail industry in all of the countries we serve. We face strong sales competition from other discount, department, drug, variety and specialty stores, warehouse clubs, and supermarkets, many of which are national, regional or international chains, as well as

# Management's Discussion and Analysis of Financial Condition and Results of Operations

internet-based retailers and catalog businesses. We compete with a number of companies for prime retail site locations, as well as in attracting and retaining quality employees (whom we call "associates"). We, along with other retail companies, are influenced by a number of factors including, but not limited to: general economic conditions, cost of goods, consumer disposable income, consumer debt levels and buying patterns, consumer credit availability, interest rates, customer preferences, unemployment, labor costs, inflation, deflation, currency exchange fluctuations, fuel and energy prices, weather patterns, climate change, catastrophic events, competitive pressures and insurance costs. Further information on certain risks to our Company can be located in "Item 1A. Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended January 31, 2011.

## Company Performance Metrics

The Company's performance metrics emphasize three priorities for improving shareholder value: Growth, Leverage and Returns. The Company's priority of growth focuses on sales through comparable store and club sales and unit square feet growth; the priority of leverage encompasses the Company's objective to increase its operating income at a faster rate than the growth in net sales by growing its operating, selling, general and administrative expenses ("operating expenses") at a slower rate than the growth of its net sales; and the priority of returns focuses on how efficiently the Company employs its assets as reflected in its return on investment ("ROI") and how effectively the Company manages working capital as reflected in its free cash flow.

## Growth
### Net Sales

| (Dollar amounts in millions) | Fiscal Years Ended January 31, | | | | | | | |
| | 2011 | | | 2010 | | | 2009 | |
| | Net Sales | Percent of Total | Percent Change | Net Sales | Percent of Total | Percent Change | Net Sales | Percent of Total |
|---|---|---|---|---|---|---|---|---|
| Walmart U.S. | $260,261 | 62.1% | 0.1% | $259,919 | 64.2% | 1.1% | $256,970 | 64.0% |
| Walmart International | 109,232 | 26.1% | 12.1% | 97,407 | 24.0% | 1.3% | 96,141 | 24.0% |
| Sam's Club | 49,459 | 11.8% | 3.5% | 47,806 | 11.8% | -0.4% | 47,976 | 12.0% |
| Net Sales | $418,952 | 100.0% | 3.4% | $405,132 | 100.0% | 1.0% | $401,087 | 100.0% |

Our consolidated net sales increased by 3.4% and 1.0% in fiscal 2011 and fiscal 2010, respectively, when compared to the previous fiscal year. Net sales in fiscal 2011 increased primarily due to our continued expansion activities as we added 3.4% of additional retail square feet during fiscal 2011. In addition, foreign currency exchange rates favorably impacted our fiscal 2011 sales growth by approximately $4.5 billion, offset by a 0.6% decline in total U.S. comparable store and club sales. Net sales in fiscal 2010 increased

due to increased customer traffic, continued global expansion activities and the acquisition of our Chilean subsidiary, Distribución y Servicio S.A. de C.V. ("D&S") in January 2009, offset primarily by a $9.8 billion unfavorable currency exchange rate impact in our Walmart International segment and adversely affected by price deflation in certain merchandise categories in our Walmart U.S. segment. Volatility in currency exchange rates may continue to impact the Company's net sales in the future.

### Calendar Comparable Store and Club Sales

Comparable store and club sales is a measure which indicates the performance of our existing U.S. stores and clubs by measuring the growth in sales for such stores and clubs for a particular period over the corresponding period in the prior year. Comparable store and club sales, including fuel impact, for the fiscal years ended January 31, 2011, 2010 and 2009 are as follows:

| | With Fuel | | | Fuel Impact | | |
| | Fiscal Years Ended January 31, | | | Fiscal Years Ended January 31, | | |
| | 2011 | 2010 | 2009 | 2011 | 2010 | 2009 |
|---|---|---|---|---|---|---|
| Walmart U.S. | -1.5% | -0.7% | 3.2% | 0.0% | 0.0% | 0.0% |
| Sam's Club | 3.9% | -1.4% | 4.9% | 2.0% | -2.1% | 1.2% |
| Total U.S. | -0.6% | -0.8% | 3.5% | 0.4% | -0.3% | 0.2% |

Comparable store and club sales in the U.S., including fuel, decreased 0.6% and 0.8% in fiscal 2011 and 2010, respectively, and increased 3.5% in fiscal 2009. Total U.S. comparable store and club sales decreased during fiscal 2011 primarily due to a decline in customer traffic. Although customer traffic increased in fiscal 2010, comparable store sales in the United States were lower than those in fiscal 2009 due to deflation in certain merchandise categories and lower fuel prices. As we continue to add new stores in the United States, we do so with an understanding that additional stores may take sales away from existing units. We estimate the negative impact on comparable store sales as a result of opening new stores was approximately 0.8% in fiscal 2011, 0.6% in fiscal 2010 and 1.1% in fiscal 2009.

# Management's Discussion and Analysis of Financial Condition and Results of Operations

## Leverage
*Operating Income*

| (Dollar amounts in millions) | Fiscal Years Ended January 31, | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2011 | | | 2010 | | | 2009 | |
| | Operating Income | Percent of Total | Percent Change | Operating Income | Percent of Total | Percent Change | Operating Income | Percent of Total |
| Walmart U.S. | $19,914 | 78.0% | 3.1% | $19,313 | 80.5% | 5.5% | $18,310 | 80.4% |
| Walmart International | 5,606 | 21.9% | 14.4% | 4,901 | 20.4% | 1.4% | 4,832 | 21.2% |
| Sam's Club | 1,711 | 6.7% | 12.9% | 1,515 | 6.3% | -8.1% | 1,649 | 7.2% |
| Other | (1,689) | -6.6% | -2.2% | (1,727) | -7.2% | -14.7% | (2,024) | -8.8% |
| Total operating income | $25,542 | 100.0% | 6.4% | $24,002 | 100.0% | 5.4% | $22,767 | 100.0% |

We believe comparing the growth of our operating expenses to the growth of our net sales and comparing the growth of our operating income to the growth of our net sales are meaningful measures as they indicate how effectively we manage costs and leverage operating expenses. Our objective is to grow operating expenses at a slower rate than net sales and to grow operating income at a faster rate than net sales.

### Operating Expenses
For fiscal 2011, we met our objective of growing operating expenses at a slower rate than net sales. Our operating expenses increased 1.7% in fiscal 2011 when compared to fiscal 2010, while net sales increased 3.4% during fiscal 2011 when compared to fiscal 2010. Operating expenses grew at a slower rate than net sales due to improved labor productivity and organizational changes made at the end of fiscal 2010 designed to strengthen and streamline our operations, as well as a reduction regarding certain incentive plan expenses. In fiscal 2010, we did not meet our objective of growing operating expenses. Our fiscal 2010 operating expenses increased 2.7% when compared to fiscal 2009, while net sales increased 1.0% over the same period. Operating expenses grew at a faster rate than net sales due to higher health benefit costs, restructuring charges and higher advertising expenses.

### Operating Income
We met our objective of growing operating income at a faster rate than net sales in each of the last two fiscal years. In fiscal 2011, our operating income increased by 6.4% when compared to fiscal 2010, while net sales increased by 3.4% over the same period in fiscal 2010. Our operating income increased by 5.4% in fiscal 2010 when compared to fiscal 2009, while net sales increased by 1.0% over the prior year. Our Walmart U.S. and Walmart International segments met this objective in fiscal 2010. Our Sam's Club segment fell short of this objective primarily due to a $174 million pre-tax charge relating to a restructure of its operations, including the closure of 10 clubs.

## Returns
*Return on Investment*
Management believes that return on investment is a meaningful metric to share with investors because it helps investors assess how effectively Walmart is employing its assets. Trends in ROI can fluctuate over time as management balances long-term potential strategic initiatives with any possible short-term impacts. ROI was relatively stable at 19.2 percent and 19.3 percent for the fiscal years ended January 31, 2011 and 2010, respectively.

We define ROI as adjusted operating income (operating income plus interest income, depreciation and amortization, and rent expense) for the fiscal year divided by average invested capital during that period. We consider average invested capital to be the average of our beginning and ending total assets of continuing operations plus accumulated depreciation and amortization less accounts payable and accrued liabilities for that period, plus a rent factor equal to the rent for the fiscal year multiplied by a factor of eight.

ROI is considered a non-GAAP financial measure. We consider return on assets ("ROA") to be the financial measure computed in accordance with generally accepted accounting principles ("GAAP") that is the most directly comparable financial measure to ROI as we calculate that financial measure. ROI differs from ROA (which is income from continuing operations for the fiscal year divided by average total assets of continuing operations for the period) because ROI adjusts operating income to exclude certain expense items and adds interest income; adjusts total assets from continuing operations for the impact of accumulated depreciation and amortization, accounts payable and accrued liabilities; and incorporates a factor of rent to arrive at total invested capital.

Although ROI is a standard financial metric, numerous methods exist for calculating a company's ROI. As a result, the method used by management to calculate ROI may differ from the methods other companies use to calculate their ROI. We urge you to understand the methods used by another company to calculate its ROI before comparing our ROI to that of such other company.

# Management's Discussion and Analysis of Financial Condition and Results of Operations

The calculation of ROI, along with a reconciliation to the calculation of ROA, the most comparable GAAP financial measurement, is as follows:

| | For the Fiscal Years Ended January 31, | |
|---|---|---|
| (Dollar amounts in millions) | 2011 | 2010 As Adjusted[3] |
| **CALCULATION OF RETURN ON INVESTMENT** | | |
| **Numerator** | | |
| Operating income | $ 25,542 | $ 24,002 |
| + Interest income | 201 | 181 |
| + Depreciation and amortization | 7,641 | 7,157 |
| + Rent | 1,972 | 1,808 |
| = Adjusted operating income | $ 35,356 | $ 33,148 |
| | | |
| **Denominator** | | |
| Average total assets of continuing operations[1] | $175,400 | $166,584 |
| + Average accumulated depreciation and amortization[1] | 43,911 | 38,359 |
| - Average accounts payable[1] | 32,004 | 29,650 |
| - Average accrued liabilities[1] | 18,718 | 18,423 |
| + Rent x 8 | 15,776 | 14,464 |
| = Average invested capital | $184,365 | $171,334 |
| **Return on investment (ROI)** | 19.2% | 19.3% |
| | | |
| CALCULATION OF RETURN ON ASSETS | | |
| **Numerator** | | |
| Income from continuing operations | $ 15,959 | $ 14,962 |
| | | |
| **Denominator** | | |
| Average total assets of continuing operations[1] | $175,400 | $166,584 |
| **Return on assets (ROA)** | 9.1% | 9.0% |

| | As of January 31, | | |
|---|---|---|---|
| Certain Balance Sheet Data | 2011 | 2010 As Adjusted[3] | 2009 As Adjusted[3] |
| Total assets of continuing operations[2] | $180,532 | $170,267 | $162,901 |
| Accumulated depreciation and amortization | 46,611 | 41,210 | 35,508 |
| Accounts payable | 33,557 | 30,451 | 28,849 |
| Accrued liabilities | 18,701 | 18,734 | 18,112 |

[1] The average is based on the addition of the account balance at the end of the current period to the account balance at the end of the prior period and dividing by 2.

[2] Based on continuing operations only and therefore excludes the impact of discontinued operations. Total assets as of January 31, 2011, 2010 and 2009 in the table above exclude assets of discontinued operations that are reflected in the Consolidated Balance Sheets of $131 million, $140 million and $195 million, respectively.

[3] Effective May 1, 2010, the Company implemented a new financial system for its operations in the United States, Canada and Puerto Rico. Concurrent with this implementation and the increased system capabilities, the Company changed the level at which it applies the retail method of accounting for inventory in these operations from 13 divisions to 49 departments. See "Notes to Consolidated Financial Statements," Note 2. "Accounting Change."

# Management's Discussion and Analysis of Financial Condition and Results of Operations

*Free Cash Flow*

We define free cash flow as net cash provided by operating activities in a period minus payments for property and equipment made in that period. We generated positive free cash flow of $10.9 billion, $14.1 billion and $11.6 billion for the years ended January 31, 2011, 2010 and 2009, respectively. The decline in free cash flow during fiscal 2011 as compared to fiscal 2010 is principally due to our increased investment in inventory, partially offset by an increase in accounts payable. The increase in free cash flow in fiscal 2010 as compared to fiscal 2009 resulted primarily from improved operating results and relatively low inventory levels at January 31, 2010.

Free cash flow is considered a non-GAAP financial measure. Management believes, however, that free cash flow, which measures our ability to generate cash from our business operations, is an important financial measure for use in evaluating the Company's financial performance. Free cash flow should be considered in addition to, rather than as a substitute for, income from continuing operations as a measure of our performance and net cash provided by operating activities as a measure of our liquidity.

Additionally, our definition of free cash flow is limited, in that it does not represent residual cash flows available for discretionary expenditures due to the fact that the measure does not deduct the payments required for debt service and other contractual obligations or payments made for business acquisitions. Therefore, we believe it is important to view free cash flow as a measure that provides supplemental information to our entire statement of cash flows.

Although other companies report their free cash flow, numerous methods may exist for calculating a company's free cash flow. As a result, the method used by our management to calculate free cash flow may differ from the methods other companies use to calculate their free cash flow. We urge you to understand the methods used by another company to calculate its free cash flow before comparing our free cash flow to that of such other company.

The following table sets forth a reconciliation of free cash flow, a non-GAAP financial measure, to net cash provided by operating activities, a GAAP measure, which we believe to be the GAAP financial measure most directly comparable to free cash flow, as well as information regarding net cash used in investing activities and net cash used in financing activities.

| (Amounts in millions) | Fiscal Years Ended January 31, | | |
| --- | --- | --- | --- |
| | 2011 | 2010 | 2009 |
| Net cash provided by operating activities | $ 23,643 | $ 26,249 | $ 23,147 |
| Payments for property and equipment | (12,699) | (12,184) | (11,499) |
| Free cash flow | $ 10,944 | $ 14,065 | $ 11,648 |
| Net cash used in investing activities | $(12,193) | $(11,620) | $(10,742) |
| Net cash used in financing activities | $(12,028) | $(14,191) | $ (9,918) |

## Results of Operations

The following discussion of our Results of Operations is based on our continuing operations and excludes any results or discussion of our discontinued operations.

Certain items that impacted our income from continuing operations during the fiscal years ended 2011, 2010 and 2009 were as follows (in millions):

| | 2011 | 2010 | 2009 |
| --- | --- | --- | --- |
| Credit for certain net tax benefits[1] | $434 | $372 | $ — |
| Restructuring charges[2] | — | (260) | — |
| Settlement of wage and hour class action lawsuits[3] | — | — | (382) |

[1] In fiscal 2011, we recorded $434 million in net tax benefits that resulted primarily from the repatriation of certain non-U.S. earnings that increased U.S. foreign tax credits and favorable adjustments to transfer pricing agreements.

In fiscal 2010, we recorded $372 million in net tax benefits primarily from the repatriation of certain non-U.S. earnings that increased U.S. foreign tax credits.

[2] In fiscal 2010, we announced several organizational changes, including the closure of 10 Sam's Clubs, designed to strengthen and streamline our operations. As a result, we recorded $260 million in pre-tax restructuring charges.

[3] In fiscal 2009, we settled 63 wage and hour class action lawsuits. As a result of the settlement, we recorded a pre-tax charge of approximately $382 million during the fourth quarter of fiscal 2009.

### Free cash flow

(dollars in billions)



| FY09 | FY10 | FY11 |
| --- | --- | --- |
| $11.6 | $14.1 | $10.9 |

# Management's Discussion and Analysis of Financial Condition and Results of Operations

*Consolidated Results of Operations*

| | Fiscal Years Ended January 31, | | |
|---|---|---|---|
| | **2011** | 2010 | 2009 |
| Net sales[1] | **$418,952** | $405,132 | $401,087 |
| Percentage change from comparable period | **3.4%** | 1.0% | 7.3% |
| Total U.S. calendar comparable store and club sales | **-0.6%** | -0.8% | 3.5% |
| Gross profit margin as a percentage of sales | **24.7%** | 24.9% | 24.2% |
| Operating income[1] | **$ 25,542** | $ 24,002 | $ 22,767 |
| Operating income as a percentage of net sales | **6.1%** | 5.9% | 5.7% |
| Income from continuing operations[1] | **$ 15,959** | $ 14,962 | $ 13,734 |
| Unit counts | **8,970** | 8,459 | 7,909 |
| Retail square feet[2] | **984,949** | 952,237 | 918,044 |

[1] *Dollar amounts in millions*
[2] *Amounts in thousands*

Our consolidated net sales increased by 3.4% and 1.0% in fiscal 2011 and 2010, respectively. Net sales in fiscal 2011 primarily increased due to our continued expansion activities as we added 3.4% of additional retail square feet during the year. In addition, $4.5 billion of the increase in net sales during fiscal 2011 resulted from currency exchange rate fluctuations, offset by a 0.6% decline in U.S. comparable store and club sales. Net sales in fiscal 2010 increased due to the growth in customer traffic, continued global expansion activities and the acquisition of D&S in January 2009, offset primarily by a $9.8 billion unfavorable currency exchange rate impact in our Walmart International segment and price deflation in certain merchandise categories in our Walmart U.S. segment. Volatility in currency exchange rates may continue to impact the Company's net sales in the future.

Our gross profit, as a percentage of net sales (our "gross profit margin"), was 24.7%, 24.9% and 24.2% in fiscal 2011, 2010 and 2009, respectively. Our Walmart U.S. segment and Walmart International segment net sales yield higher gross profit margins than our Sam's Club segment, which operates on lower margins as a membership club warehouse. In fiscal 2011, gross profit margin was relatively flat compared to fiscal 2010. In fiscal 2010, gross profit margin increased primarily due to enhanced merchandising strategies in our Walmart U.S. and Sam's Club segments.

Operating expenses, as a percentage of net sales, were 19.3%, 19.7% and 19.3% for fiscal 2011, 2010 and 2009, respectively. In fiscal 2011, operating expenses as a percentage of net sales decreased primarily due to improved labor productivity and organizational changes implemented at the end of fiscal 2010 designed to strengthen and streamline our operations, as well as a reduction in certain incentive plan expenses. In fiscal 2010, operating expenses increased primarily due to higher health benefit costs, a pre-tax charge of $260 million relating to the restructuring of U.S. operations, and higher advertising expenses.

Operating income was $25.5 billion, $24.0 billion and $22.8 billion for fiscal 2011, 2010 and 2009, respectively. Operating income in fiscal 2011 was aided by $231 million due to the effects of currency exchange fluctuations. Operating income in fiscal 2010 was reduced by $540 million due to the effect of currency exchange rate fluctuations. Volatility in currency exchange rates may continue to impact the Company's operating income in the future.

Our effective income tax rate was 32.2%, 32.4% and 34.2% for fiscal 2011, 2010 and 2009, respectively. The fiscal 2011 and fiscal 2010 provision for taxes include certain tax benefits that caused the effective tax rates for each of those two years to be less than the effective tax rate in fiscal 2009. During fiscal 2011 and 2010, we recorded certain tax benefits totaling $434 million and $372 million, respectively, primarily from the repatriation of certain non-U.S. earnings that increased our U.S. foreign tax credits. We expect the fiscal 2012 annual effective tax rate to be approximately 33.5% to 34.5%. Significant factors that may impact the annual effective tax rate include changes in our assessment of certain tax contingencies, settlement of tax contingencies and the mix of earnings among our U.S. and international operations.

As a result of the factors discussed above, we reported $16.0 billion, $15.0 billion and $13.7 billion of income from continuing operations for the fiscal years ended January 31, 2011, 2010 and 2009, respectively.

*Walmart U.S. Segment*

| | Fiscal Years Ended January 31, | | |
|---|---|---|---|
| | **2011** | 2010 | 2009 |
| Net sales[1] | **$260,261** | $259,919 | $256,970 |
| Percentage change from comparable period | **0.1%** | 1.1% | 7.6% |
| Calendar comparable store sales | **-1.5%** | -0.7% | 3.2% |
| Operating income[1] | **$ 19,914** | $ 19,313 | $ 18,310 |
| Operating income as a percentage of net sales | **7.7%** | 7.4% | 7.1% |
| Unit counts | **3,804** | 3,755 | 3,703 |
| Retail square feet[2] | **617,067** | 605,852 | 592,256 |

[1] *Dollar amounts in millions*
[2] *Amounts in thousands*

### Walmart U.S. unit counts



| FY09 | FY10 | FY11 |
|---|---|---|
| 3,703 | 3,755 | 3,804 |

# Management's Discussion and Analysis of Financial Condition and Results of Operations

Walmart U.S. net sales were relatively flat for fiscal 2011 compared to fiscal 2010 as growth in retail square feet was offset by a decline in comparable store sales of 1.5 percent as a result of slower customer traffic. The net sales growth in fiscal 2010 resulted from an increase in customer traffic and strength in our grocery and health and wellness categories, as well as our continued expansion activities.

Gross profit margin was relatively flat for fiscal 2011 as compared to fiscal 2010. In fiscal 2010, gross profit margin increased 0.7 percentage points compared to the prior year due to enhanced merchandising strategies and lower inventory shrinkage.

Operating expenses, as a percentage of net sales, decreased by 0.3 percentage points in fiscal 2011 compared to fiscal 2010 due to expense leveraging principally related to improved labor productivity and a reduction in incentive plan expenses. Operating expenses, as a percentage of net sales, increased by 0.4 percentage points in fiscal 2010 compared to the prior year due to a smaller increase in net sales as compared to the prior year, higher health benefit costs, higher advertising expenses and a pre-tax charge of $73 million relating to the restructuring of Walmart U.S. operations.

As a result of the factors discussed above, operating income was $19.9 billion, $19.3 billion and $18.3 billion for fiscal 2011, 2010 and 2009, respectively.

*Walmart International Segment*

| | Fiscal Years Ended January 31, | | |
| --- | --- | --- | --- |
| | 2011 | 2010 | 2009 |
| Net Sales[1] | $109,232 | $97,407 | $96,141 |
| Percentage change from comparable period | 12.1% | 1.3% | 6.2% |
| Operating income[1] | $ 5,606 | $ 4,901 | $ 4,832 |
| Operating income as a percentage of net sales | 5.1% | 5.0% | 5.0% |
| Unit counts | 4,557 | 4,099 | 3,595 |
| Retail square feet[2] | 286,680 | 265,846 | 244,802 |

[1] *Dollar amounts in millions*
[2] *Amounts in thousands*



**Walmart International unit counts**

3,595    4,099    4,557
FY09    FY10    FY11

Net sales for the Walmart International segment increased 12.1% and 1.3% in fiscal 2011 and 2010, respectively. Fluctuations in foreign exchange rates provided a favorable impact of $4.5 billion in fiscal 2011. The remaining fiscal 2011 increase in net sales is primarily due to our markets growing constant currency sales over last year, as overall retail square feet increased 7.8% during the year. Brazil, China and Mexico contributed some of the highest sales increases to Walmart International's net sales growth in fiscal 2011. The fiscal 2010 increase in the Walmart International segment's net sales primarily resulted from our expansion activities and the inclusion of the results of D&S, acquired in January 2009, offset by the unfavorable impact of changes in currency exchange rates of $9.8 billion. For additional information regarding our acquisitions, refer to Note 15 of the "Notes to Consolidated Financial Statements." Volatility in currency exchange rates may continue to impact the Walmart International segment's net sales in the future.

Gross profit margin was relatively flat in fiscal 2011 as compared to fiscal 2010. In fiscal 2010, the Walmart International segment's gross profit margin increased 0.2 percentage points compared to the prior year. The increase was primarily driven by currency exchange rate fluctuations and the inclusion of D&S, which was acquired in January 2009.

Operating expenses, as a percentage of net sales, decreased 0.3 percentage points in fiscal 2011 compared to fiscal 2010 due to effective expense management in Japan and the United Kingdom. Operating expenses, as a percentage of net sales, increased 0.3 percentage points in fiscal 2010 compared to the prior year primarily as a result of the inclusion of D&S, which was acquired in January 2009.

Currency exchange rate fluctuations increased operating income by $231 million in fiscal 2011 and reduced operating income by $540 million in fiscal 2010. Volatility in currency exchange rates may continue to impact the Walmart International segment's operating results in the future.

As a result of the factors discussed above, operating income was $5.6 billion, $4.9 billion and $4.8 billion for fiscal 2011, 2010 and 2009, respectively.

*Sam's Club Segment*

| | Fiscal Years Ended January 31, | | |
| --- | --- | --- | --- |
| | 2011 | 2010 | 2009 |
| Net Sales[1] | $49,459 | $47,806 | $47,976 |
| Percentage change from comparable period | 3.5% | -0.4% | 8.2% |
| Calendar comparable club sales[2] | 3.9% | -1.4% | 4.9% |
| Operating income[1] | $ 1,711 | $ 1,515 | $ 1,649 |
| Operating income as a percentage of net sales | 3.5% | 3.2% | 3.4% |
| Unit counts | 609 | 605 | 611 |
| Retail square feet[3] | 81,202 | 80,539 | 80,986 |

[1] *Dollar amounts in millions*
[2] *Includes fuel sales, which impacted our comparable club sales by 2.0%, (2.1%) and 1.2%, respectively, in fiscal 2011, 2010 and 2009*
[3] *Amounts in thousands*

# Management's Discussion and Analysis of Financial Condition and Results of Operations

Net sales for the Sam's Club segment increased 3.5% and decreased 0.4% for fiscal 2011 and 2010, respectively. The fiscal 2011 growth in net sales is primarily due to the increase in average ticket and member traffic. Average ticket increased at a faster rate than net sales. In addition, fuel sales, driven by higher fuel prices and gallons sold, positively impacted comparable club sales by 2.0 percentage points in fiscal 2011. The fiscal 2010 decrease in net sales primarily resulted from the decline in comparable club sales due to the negative impact of 2.1 percentage points from lower fuel prices when compared to the previous fiscal year, partially offset by sales increases in fresh food, consumables and certain health and wellness categories. Volatility in fuel prices may continue to impact the net sales and operating income of the Sam's Club segment in the future.

Gross profit margin was relatively flat for fiscal 2011 compared to fiscal 2010. Gross profit margin increased 0.6 percentage points during fiscal 2010 compared to the prior year due to continued strength in sales of consumables, fresh food and other food-related categories.

Operating expenses, as a percentage of net sales, decreased approximately 0.5 percentage points in fiscal 2011 compared to fiscal 2010 and increased 0.8 percentage points in fiscal 2010 compared to fiscal 2009 primarily due to the $174 million pre-tax charge related to the restructuring of Sam's Club operations, including the closure of 10 clubs, incurred during the fourth quarter of fiscal 2010.

Membership and other income, as a percentage of net sales, decreased slightly in fiscal 2011 when compared to fiscal 2010 and decreased slightly for fiscal 2010 when compared to fiscal 2009. The decrease in both years was driven by decreases in other income.

As a result of the factors discussed above, operating income was $1.7 billion, $1.5 billion and $1.6 billion for fiscal 2011, 2010 and 2009, respectively.



## Sam's Club unit counts

## Liquidity and Capital Resources

Cash flows provided by operating activities have historically supplied us with a significant source of liquidity. We use these cash flows, supplemented with long-term debt and short-term borrowings, to fund our operations and global expansion activities. Generally, some or all of the remaining free cash flow, if any, funds all or part of the dividends on our common stock and share repurchases.

| (Amounts in millions) | Fiscal Years Ended January 31, | | |
| --- | --- | --- | --- |
| | 2011 | 2010 | 2009 |
| Net cash provided by operating activities | $ 23,643 | $ 26,249 | $ 23,147 |
| Payments for property and equipment | (12,699) | (12,184) | (11,499) |
| Free cash flow | $ 10,944 | $ 14,065 | $ 11,648 |
| Net cash used in investing activities | $(12,193) | $(11,620) | $(10,742) |
| Net cash used in financing activities | $(12,028) | $(14,191) | $ (9,918) |

### Cash Flows from Operating Activities

Cash flows provided by operating activities were $23.6 billion, $26.2 billion and $23.1 billion for fiscal years ended January 31, 2011, 2010 and 2009, respectively. The fiscal 2011 decrease in cash flow from operating activities was primarily the result of our increased investments in inventories, partially offset by an increase in accounts payable. The fiscal 2010 increase in cash flows provided by operating activities was primarily attributable to an increase in income from continuing operations and relatively low inventory levels at January 31, 2010.

### Cash Equivalents and Working Capital

Cash and cash equivalents were $7.4 billion and $7.9 billion at January 31, 2011 and 2010, respectively. Our working capital deficits were $6.6 billion and $7.5 billion at January 31, 2011 and 2010, respectively. We generally operate with a working capital deficit due to our efficient use of cash in funding operations and in providing returns to our shareholders in the form of stock repurchases and the payment of dividends.

### Cash Flows from Investing Activities

Cash flows from investing activities generally consist of payments for property and equipment, which were $12.7 billion, $12.2 billion and $11.5 billion during fiscal 2011, 2010 and 2009, respectively. These capital expenditures primarily relate to new store growth, as well as remodeling costs for existing stores. We expect capital expenditures for fiscal 2012 to range between $12.5 billion and $13.5 billion, excluding any business acquisitions.

# Management's Discussion and Analysis of Financial Condition and Results of Operations

### Global Expansion Activities

We expect to finance our fiscal 2012 global expansion plans primarily through cash flows from operations and future debt financings. The following table represents our estimated range for growth in retail square feet by segment for fiscal 2012. This table does not include growth in retail square feet from pending or future acquisitions.

| (In thousands) | Fiscal Year 2012 Projected Growth in Retail Square Feet |
|---|---|
| Walmart U.S. segment | 10,000 – 11,000 |
| Sam's Club segment | 400 – 600 |
| **Total U.S.** | 10,400 – 11,600 |
| Walmart International segment | 23,000 – 24,000 |
| **Grand Total** | 33,400 – 35,600 |

The following table represents an allocation of our capital expenditures for property and equipment:

| | Allocation of Capital Expenditures Fiscal Years Ending January 31, | | |
|---|---|---|---|
| | Projected | Actual | |
| Capital Expenditures | 2012 | 2011 | 2010 |
| New stores, including expansions and relocations | 33% | 24% | 29% |
| Remodels | 11% | 26% | 17% |
| Information systems, distribution and other | 23% | 19% | 23% |
| **Total U.S.** | 67% | 69% | 69% |
| International | 33% | 31% | 31% |
| **Total Capital Expenditures** | 100% | 100% | 100% |

### Pending Business Acquisitions

As discussed in Note 15 to the consolidated financial statements, the Company currently anticipates completing the following business combinations during fiscal 2012:

- *Netto*: On May 27, 2010, the Company announced an agreement with Dansk Supermarked A/S, whereby ASDA, our subsidiary in the United Kingdom (U.K.), will purchase Netto Foodstores Limited. Netto operates 193 units, each averaging 8,000 square feet. On March 9, 2011, the U.K. Office of Fair Trading confirmed its clearance of ASDA's proposed purchase of Netto, subject to the requirement that ASDA divest 47 Netto units. The original estimated purchase price was approximately £778 million ($1.2 billion), subject to finalizing any divestitures; and

- *Massmart*: On November 29, 2010, the Company announced an offer to purchase 51% of Massmart for approximately ZAR 17 billion ($2.3 billion). Massmart operates 288 units under several wholesale and retail banners in South Africa and 13 other sub-Saharan African countries. The transaction is subject to final regulatory approval.

### Cash Flows from Financing Activities

**Short-Term Borrowings**

Net short-term borrowings increased by $503 million in fiscal 2011, and decreased by $1.0 billion and $3.7 billion in fiscal 2010 and 2009, respectively. From time to time, we utilize the liquidity under our short-term borrowing programs to fund our operations, dividend payments, share repurchases, capital expenditures, and for other cash requirements and corporate purposes on an as needed basis.

**Long-Term Debt**

Proceeds from the issuance of long-term debt were $11.4 billion, $5.5 billion, and $6.6 billion for the fiscal years ended January 31, 2011, 2010 and 2009, respectively. The proceeds from the issuance of long-term debt were used to pay down or refinance existing debt, and for other general corporate purposes.

**Dividends**

On March 3, 2011, our Board of Directors approved an increase in the annual dividend for fiscal 2012 to $1.46 per share, an increase of approximately 21% over the dividends paid in fiscal 2011. Dividends per share were $1.21 and $1.09 in fiscal 2011 and 2010, respectively. For the fiscal year ending January 31, 2012, the annual dividend will be paid in four quarterly installments according to the following record and payable dates:

| Record Date | Payable Date |
|---|---|
| March 11, 2011 | April 4, 2011 |
| May 13, 2011 | June 6, 2011 |
| August 12, 2011 | September 6, 2011 |
| December 9, 2011 | January 3, 2012 |

We paid dividends of $4.4 billion, $4.2 billion and $3.7 billion for fiscal 2011, 2010 and 2009, respectively. We expect to pay aggregate dividends of approximately $5.1 billion in fiscal 2012.

**Company Share Repurchase Program**

On June 3, 2010, the Board of Directors authorized a new $15.0 billion share repurchase program, which was announced on June 4, 2010. The program has no expiration date or other restriction limiting the period over which we can make our share repurchases and will expire only when and if we have repurchased $15.0 billion of our shares under the program or we earlier terminate or replace the program. Any repurchased shares are constructively retired and returned to an unissued status. We spent approximately $14.8 billion, $7.3 billion and $3.5 billion for share repurchases during the fiscal years ended January 31, 2011, 2010 and 2009, respectively. We consider several factors in determining when to execute the share repurchases, including, among other things, our current cash needs, our capacity for leverage, our cost of borrowings and the market price of our common stock. At January 31, 2011, we had approximately $4.8 billion of remaining authorization to spend for share repurchases under the existing program.



**Share repurchases**
(dollars in billions)

# Management's Discussion and Analysis of Financial Condition and Results of Operations

*Capital Resources*

Management believes cash flows from continuing operations and proceeds from the issuance of short-term borrowings will be sufficient to finance seasonal buildups in merchandise inventories and meet other cash requirements. If our operating cash flows are not sufficient to pay dividends and to fund our capital expenditures, we anticipate funding any shortfall in these expenditures with a combination of short-term borrowings and long-term debt. We plan to refinance existing long-term debt obligations as they mature and may desire to obtain additional long-term financing for other corporate purposes.

Our access to the commercial paper and long-term debt markets have historically provided us with substantial sources of liquidity. We anticipate no difficulty in obtaining financing from those markets in the future in view of our favorable experiences in the debt markets in the recent past. Our ability to continue to access the commercial paper and long-term debt markets on favorable interest rate and other terms will depend, to a significant degree, on the ratings assigned by the credit rating agencies to our indebtedness continuing to be at or above the level of our current ratings. At January 31, 2011, the ratings assigned to our commercial paper and rated series of our outstanding long-term debt were as follows:

| Rating Agency | Commercial Paper | Long-term Debt |
|---|---|---|
| Standard & Poor's | A-1+ | AA |
| Moody's Investors Service | P-1 | Aa2 |
| Fitch Ratings | F1+ | AA |
| DBRS Limited | R-1(middle) | AA |

In the event that the ratings of our commercial paper or any rated series of our outstanding long-term debt issues were lowered or withdrawn for any reason or if the ratings assigned to any new issue of the Company's long-term debt securities were lower than those noted above, our ability to access the debt markets would be adversely affected. In addition, in such a case, our cost of funds for new issues of commercial paper and long-term debt (i.e., the rate of interest on any such indebtedness)

would be higher than our cost of funds had the ratings of those new issues been at or above the level of the ratings noted above. The rating agency ratings are not recommendations to buy, sell or hold our commercial paper or debt securities. Each rating may be subject to revision or withdrawal at any time by the assigning rating organization and should be evaluated independently of any other rating. Moreover, each credit rating is specific to the security to which it applies.

To monitor our credit ratings and our capacity for long-term financing, we consider various qualitative and quantitative factors. We monitor the ratio of our debt to our total capitalization as support for our long-term financing decisions. At January 31, 2011 and 2010, the ratio of our debt-to-total capitalization was 42.1% and 37.0%, respectively. For the purpose of this calculation, debt is defined as the sum of short-term borrowings, long-term debt due within one year, obligations under capital leases due within one year, long-term debt and long-term obligations under capital leases. Total capitalization is defined as debt plus total Walmart shareholders' equity. Our ratio of debt to our total capitalization increased in fiscal 2011 resulting from an increase in long-term debt coupled with a decline in shareholders' equity primarily due to our increase in share repurchases.

## Contractual Obligations and Other Commercial Commitments

The following table sets forth certain information concerning our obligations and commitments to make contractual future payments, such as debt and lease agreements, and certain contingent commitments:

| (Amounts in millions) | Total | Payments Due During Fiscal Years Ending January 31, | | | |
|---|---|---|---|---|---|
| | | 2012 | 2013-2014 | 2015-2016 | Thereafter |
| Recorded Contractual Obligations: | | | | | |
| Long-term debt | $ 45,080 | $ 4,655 | $ 6,857 | $ 7,494 | $26,074 |
| Short-term borrowings | 1,031 | 1,031 | — | — | — |
| Capital lease obligations | 5,916 | 609 | 1,119 | 958 | 3,230 |
| Unrecorded Contractual Obligations: | | | | | |
| Non-cancelable operating leases | 14,123 | 1,406 | 2,607 | 2,325 | 7,785 |
| Estimated interest on long-term debt | 31,799 | 1,890 | 3,503 | 3,040 | 23,366 |
| Trade letters of credit | 2,620 | 2,620 | — | — | — |
| Purchase obligations | 4,141 | 3,200 | 692 | 205 | 44 |
| Total commercial commitments | $104,710 | $15,411 | $14,778 | $14,022 | $60,499 |

Additionally, the Company has approximately $11.5 billion in undrawn lines of credit and standby letters of credit which, if drawn upon, would be included in the liabilities section of the Consolidated Balance Sheets.

Estimated interest payments are based on our principal amounts and expected maturities of all debt outstanding at January 31, 2011 and management's forecasted market rates for our variable rate debt.

# Management's Discussion and Analysis of Financial Condition and Results of Operations

Purchase obligations include legally binding contracts such as firm commitments for inventory and utility purchases, as well as commitments to make capital expenditures, software acquisition/license commitments and legally binding service contracts. Purchase orders for the purchase of inventory and other services are not included in the table above. Purchase orders represent authorizations to purchase rather than binding agreements. For the purposes of this table, contractual obligations for purchase of goods or services are defined as agreements that are enforceable and legally binding and that specify all significant terms, including: fixed or minimum quantities to be purchased; fixed, minimum or variable price provisions; and the approximate timing of the transaction. Our purchase orders are based on our current inventory needs and are fulfilled by our suppliers within short time periods. We also enter into contracts for outsourced services; however, the obligations under these contracts are not significant and the contracts generally contain clauses allowing for cancellation without significant penalty.

The expected timing for payment of the obligations discussed above is estimated based on current information. Timing of payments and actual amounts paid with respect to some unrecorded contractual commitments may be different depending on the timing of receipt of goods or services or changes to agreed-upon amounts for some obligations.

In addition to the amounts shown in the table above, $795 million of unrecognized tax benefits are considered uncertain tax positions and have been recorded as liabilities. The timing of the payment associated with these liabilities is uncertain. Refer to Note 10 to the Consolidated Financial Statements for additional discussion on unrecognized tax benefits.

## Off Balance Sheet Arrangements

In addition to the unrecorded contractual obligations discussed and presented above, the Company has made certain guarantees as discussed below for which the timing of payment, if any, is unknown.

In connection with certain debt financing, the Company could be liable for early termination payments if certain unlikely events were to occur. At January 31, 2011, the aggregate termination payment would have been $84 million. The arrangement pursuant to which this payment could be made will expire in fiscal 2019.

The Company has future lease commitments for land and buildings for approximately 424 future locations. These lease commitments have lease terms ranging from 4 to 30 years and provide for certain minimum rentals. If executed, payments under operating leases would increase by $109 million for fiscal 2012, based on current cost estimates.

## Market Risk

In addition to the risks inherent in our operations, we are exposed to certain market risks, including changes in interest rates and changes in currency exchange rates.

The analysis presented below for each of our market risk sensitive instruments is based on a hypothetical scenario used to calibrate potential risk and does not represent our view of future market changes. The effect of a change in a particular assumption is calculated without adjusting any other assumption. In reality, however, a change in one factor could cause a change in another, which may magnify or negate other sensitivities.

*Interest Rate Risk*

The table below provides information about the Company's financial instruments that are sensitive to changes in interest rates. For debt obligations, the table represents the principal cash flows and related weighted-average interest rates by expected maturity dates. For interest rate swaps, the table represents the contractual cash flows and weighted-average interest rates by the contractual maturity date. The notional amounts are used to calculate contractual cash flows to be exchanged under the contracts. The weighted-average variable rates are based upon prevailing market rates at January 31, 2011.

| | Expected Maturity Date | | | | | | |
| | FY12 | FY13 | FY14 | FY15 | FY16 | Thereafter | Total |
|---|---|---|---|---|---|---|---|
| **Liabilities** | | | | | | | |
| Short-term borrowings: | | | | | | | |
| Variable rate | $ 1,031 | $ — | $ — | $ — | $ — | $ — | $ 1,031 |
| Average interest rate | 0.2% | | | | | | 0.2% |
| Long-term debt: | | | | | | | |
| Fixed rate | $ 3,095 | $ 1,744 | $ 4,295 | $ 2,601 | $ 4,273 | $ 26,074 | $ 42,082 |
| Average interest rate | 3.5% | 4.8% | 3.9% | 2.5% | 2.3% | 5.3% | 4.6% |
| Variable rate | $ 1,560 | $ — | $ 818 | $ 231 | $ 389 | $ — | $ 2,998 |
| Average interest rate | 2.5% | — | 2.0% | 1.5% | 0.9% | — | 2.0% |
| | | | | | | | |
| **Interest rate derivatives** | | | | | | | |
| Interest rate swaps: | | | | | | | |
| Variable to fixed | $ — | $ — | $ (18) | $ (3) | $ 3 | $ — | $ (18) |
| Average pay rate | — | — | 2.0% | 1.5% | 0.9% | — | 1.6% |
| Average receive rate | — | — | 0.9% | 1.1% | 1.0% | — | 1.0% |
| | | | | | | | |
| Fixed to variable | $ — | $ 10 | $ 205 | $ 52 | $ — | $ — | $ 267 |
| Average pay rate | — | 3.3% | 1.2% | 1.4% | — | — | 1.7% |
| Average receive rate | — | 4.6% | 5.0% | 3.1% | — | — | 4.5% |