IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                                                           **PLAINTIFF**

**v.**                                            **CASE NO. 10-3086**

**WAL-MART STORES, INC.**                                           **DEFENDANT**

**STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF WAL-MART'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Wal-Mart Stores Arkansas, LLC ("Wal-Mart"), erroneously identified as "Wal-Mart Stores, Inc.," by its attorneys, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., submits its Statement of Undisputed Facts pursuant to Rule 56.1 of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas.

1. Plaintiff filed suit in this matter alleging that Wal-Mart's Retail Pre-Employment Assessment works a disparate impact on individuals with Asperger Syndrome.

2. Based on this allegation, Plaintiff asserts a claim pursuant to the Rehabilitation Act of 1973.

3. Wal-Mart Stores, Inc., through operating entities, operates the largest retail company in the world. Wal-Mart's 2011 Annual Report reflects this fact and provides specific details regarding the company's operation and plans for the future. *See* Annual Report attached to Johnston Declaration, p. 16 ("Wal-Mart Stores, Inc. operates retail stores in various formats around the world . . . .) and p. 2 ("There is no doubt that

Walmart is the best-positioned global retailer to address the needs of customers around the world"). During fiscal year 2011, Wal-Mart's net sales were $419 billion. *See* Annual Report, p. 1.

4. Wal-Mart is not a department or agency of the government; it is not an "entity" of the government; it is not a college or university; and it is not a "local educational agency." *See* 29 U.S.C. § 794(b)(1)–(2).

5. Because Wal-Mart is a non-governmental, private entity, the Rehabilitation Act applies to it only if: (1) Federal financial assistance is extended to Wal-Mart "as a whole," or (2) Wal-Mart is principally engaged in the business of providing education, health care, housing, social services, or parks and recreation.

6. Wal-Mart is not principally engaged in the business of providing education, health care, housing, social services, or parks and recreation.

7. While Wal-Mart comes in contact with some Federal programs through reimbursements it receives as result of filling prescriptions of Medicaid and Medicare-insured customers or selling certain groceries to those who utilize federal food and nutrition programs like WIC and SNAP, Wal-Mart does not receive Federal subsidies "as a whole."

8. Because Wal-Mart is not principally engaged in providing education, health care, housing, social services, or parks and recreation – but is instead a retail chain – and Wal-Mart does not receive Federal financial assistance "as a whole," the Rehabilitation Act of 1973, as amended, does not provide Plaintiff with a cause of action against Wal-Mart.

        Respectfully submitted,

        **/s/ Marshall Ney**
        Ark. Bar No. 91108
        **/s/ Kathlyn Graves**
        Ark. Bar No. 76045
        **/s/ Jeffrey L. Spillyards**
        Ark. Bar No. 2004159

        Mitchell, Williams, Selig,
        Gates & Woodyard, P.L.L.C.
        425 West Capitol Ave., Suite 1800
        Little Rock, Arkansas 72201
        (501) 688-8800
        *mney@mwlaw.com*
        *kgraves@mwlaw.com*
        *jspillyards@mwlaw.com*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 13th, 2011, I mailed this document by U.S. Mail to the following non CM/ECF participant:

    David A. Stebbins
    1407 N. Spring Rd., Apt. # 5
    Harrison, Arkansas 72601

                                            **/s/ Jeffrey L. Spillyards**