IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                                             PLAINTIFF

vs.                                     Case No. 10-3086

**WAL-MART STORES, INC.**                                      DEFENDANTS

### SUPPLEMENT TO MOTION FOR RECONSIDERATION

Comes now Plaintiff David Stebbins, who hereby submits the following supplement to my motion for reconsideration of my first motion to confirm the arbitration award.

The Defendants have not responded to this motion within the two week time limit. Therefore, the motion should be granted. See Local Rule 7.2(d) (" The failure to timely respond to any nondispositive motion, as required by the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, or by any local rule, shall be an adequate basis... for granting the relief sought in said motion")/

Local Rule 7.2(d) would not apply if this were a dispositive motion, but it is not. A motion for reconsideration is merely that: A motion for reconsideration. The order that you are reconsidering can still be denied if you believe that my argument of being time barred is legally unsound.

Wherefore, I respectfully pray that you grant the motion for reconsideration, subsequently grant the first motion to confirm the arbitration award, award costs incurred, and other relief that the court finds appropriate.

It is so requested on this 13th day of May, 2011.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                                                                              **PLAINTIFF**

vs.                                                         Case No. 10-3086

**WAL-MART STORES, INC.**                                                                              **DEFENDANTS**

## CERTIFICATE OF SERVICE

    I, Plaintiff David Stebbins, hereby certify that a true and correct copy of the Plaintiff's
- Motion to Strike Defendants' Response in Opposition to Second Motion to Confirm Arbitration Award and Motion for Default,
- Brief in Support of Motion to Strike Defendants' Response in Opposition to Second Motion to Confirm Arbitration Award and Motion for Default,
- Reply Suggestion to Second Motion to Confirm Arbitration Award, and
- Supplement to my Motion for Reconsideration

were all served on Jeffrey Spillyards, attorney for the Defendants, by mailing a copy to 425 W. Capitol Ave., Suite 1800, Little Rock, Ar 72201 on the 13th day of May, 2011.

*/s/ David Stebbins*

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com