U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 18 2011
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                       PLAINTIFF

vs.                         Case No. 10-3086

**WAL-MART STORES, INC.**                          DEFENDANTS

### SUGGESTION IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Comes now Plaintiff David Stebbins, who hereby submits the following suggestion in opposition to the Defendants' motion for summary judgment.

1. A genuine issue of fact exists as to whether the Defendants receive federal financial assistance as a whole.

2. The Defendants' evidence is inadmissible because I have received no prior knowledge of it, and no opportunity to investigate the evidence.

3. The statement made by the self-proclaimed Vice President of Wal-Mart Stores, Inc. is inadmissible because I have received no prior notice of this witness, and thus no opportunity to depose and interrogate her. I have the inalienable right to depose, interrogate, cross-examine, and attack the credibility of every witness brought against me; I have not been afforded this opportunity, and I do not recall ever waiving my right to it, unless they claim that I waived my right by entering into an arbitration agreement with them, at which point, they are admitting that the arbitration agreement is valid.

4. Furthermore, the statement is hearsay. By that logic, I can prove that I have Asperger Syndrome by simply having my doctor sign a statement stating accordingly. It does not work like that. Evidence is not admissible like that.

5. The 2011 annual report is inadmissible for the same reason that the statement spoken of

in paragraph three (3) of this suggestion in opposition is inadmissible.

6. By introducing evidence on the fly, without giving me a fair opportunity to interrogate them about it and attack the credibility and reliability of the evidence, the Defendants are subjecting me to a trial by ambush, which is prejudicial to my due process rights.

Wherefore, premises considered, for all of the above-stated reasons, I hereby pray that the Defendants' motion for summary judgment be denied.

It is so requested on this 17th day of May, 2011.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

## CERTIFICATE OF SERVICE

I, Plaintiff David Stebbins, hereby certify that a true and correct copy of my suggestion in opposition to the Defendants' motion for summary judgment has been served on Jeffrey Spillyards, attorney for the Defense, by mailing a copy to 425 W. Capitol Ave, Suite 1800, Little Rock, AR 72201 on the 17th day of May, 2011.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72201
870-204-6024

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701