U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 08 2011
CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                                                                                **PLAINTIFF**

vs.                                     **Case No. 10-3086**

**WAL-MART STORES, INC.**                                                     **DEFENDANTS**

## SUPPLEMENT TO MOTIONS FOR RECONSIDERATION AND SECOND MOTION TO CONFIRM ARBITRATION AWARD

Comes now Plaintiff David Stebbins, who hereby submits the following supplement to my motion for reconsideration and my second motion to confirm the arbitration award.

The Defendants maintain that no agreement to arbitrate exists. However, even though that is a threshold question, it is still for the arbitrator to decide.

To support this claim, I cite the United States Supreme Court case of Rent-A-Center, West, Inc. v. Jackson ( No. 09-497 ) 581 F. 3d 912.

> "There are two types of validity challenges under §2: "One type challenges specifically the validity of the agreement to arbitrate," and "[t]he other challenges the contract as a whole, either on a ground that directly affects the entire agreement ( e.g. , **the agreement was fraudulently induced**), or on the ground that the illegality of one of the contract's provisions renders the whole contract invalid." *Buckeye* , 546 U. S., at 444. In a line of cases neither party has asked us to overrule, we held that only the first type of challenge is relevant to a court's determination whether the arbitration agreement at issue is enforceable."

An area of interest is bolded for 2emphasis.

There it is in black and white. The Defendants are claiming something in the latter category, and the U.S. Supreme Court has flat-out said that anything in the latter category must be decided by the arbitrator.

Wherefore, I respectfully pray that you grant my motion for reconsideration, subsequently grant the first motion to confirm the arbitration award, confirm the second

arbitration award, award costs incurred, and other relief that the court finds appropriate.

It is so requested on this 4th day of June, 2011.

*[signature: David Stebbins]*

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of
    Plaintiff's Supplement to Motions for Reconsideration and Second Motion to Confirm Arbitration Award

was served on Jeffrey Spillyards, attorney for the defense, by faxing a copy to (501) 688-8807 on the 4th day of June, 2011.

*[signature: David Stebbins]*

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701