# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 11-1966
_____

David Anthony Stebbins

Plaintiff - Appellant

v.

Wal-Mart Stores Arkansas, LLC, also known as Wal-Mart Stores, Inc.

Defendant - Appellee

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:10-cv-03086-RTD)
_____

## JUDGMENT

The court has carefully reviewed the original file of the United States District Court and

orders that this appeal be dismissed for lack of jurisdiction under 8th Circuit Rule 47A(a).

June 01, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　/s/ Michael E. Gans