```
                                                        U.S. DISTRICT COURT
                                                       WESTERN DISTRICT ARKANSAS
                                                              FILED
```

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JUL 22 2011

CHRIS R. JOHNSON, CLERK

DEPUTY CLERK

**DAVID STEBBINS**                                                                                           **PLAINTIFF**

vs.                                              Case No. 10-3086

**WAL-MART STORES, INC.**                                                                  **DEFENDANTS**

## NOTICE OF APPEAL

Comes now Plaintiff David Stebbins, who respectfully submits the following notice of appeal of the District Court order #65.

It is so notified, this 20th day of July, 2011.

*[signature]*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

## CERTIFICATE OF SERVICE

I, Plaintiff David Stebbins, hereby certify that a true and correct copy of my notice of appeal was served on Jeffrey Spillyards, attorney for the Defense, by faxing a copy thereof to 501-688-8807 on the 20th day of July, 2011.

*[signature]*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

David Stebbins
1407 N Spring Rd
APT #5
Harrison, AR 72601

NORTHWEST AR PADF
AR 727
21 JUL 2011 PM

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701

RECEIVED
WD/AR
JUL 22 2011
U.S. CLERK'S OFFICE

72701+5251