**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
POST OFFICE BOX 1547
FORT SMITH, ARKANSAS  72902
(479) 783-6833  FAX (479) 783-6308

**CHRISTOPHER R. JOHNSON**
CLERK

## Notice to Counsel and Pro Se Parties re Appeal

On the 22nd  day of July,  2011,  a Notice of Appeal was filed in the case listed below:

3:10Cv3086; David Stebbins v. Wal-Mart Stores, Inc.

The instructions/forms indicated with an 'X' below are sent  for your information/use:

 X    Notice of Appeal (for non-registered CM/ECF parties)

 X    Clerk's docket entries (for non-registered CM/ECF parties)

____    Appeal Information Form A   (for **appellant** - complete and forward copies in
        duplicate to United States Court of Appeals, 8th Circuit with original to appellee)

____     Appeal Information Form B (for **appellees** - complete after receipt of appellant's
        Form A and forward copies in duplicate to United States Court of Appeals,  8th
        Circuit with original to appellant)

____    Transcript order form (if testimony was taken) (Complete separate form for each
        court reporter and/or ECRO if hearings held before different judicial officers.)  File
        electronically with district clerk or conventionally, if non-registered party.  **Note:
        CJA24 forms must be submitted conventionally to the clerk's office.**

____    USCA, 8th  Circuit PreHearing Conference Program notice

____     Exhibit(s):
        _____  Trial/pre-trial exhibits were retained by the  court and **if designated** will
               be  forwarded by the clerk's office to the Court of Appeals.
        _____   Trial/pre-trial exhibits have been returned to counsel and  appellant should
               submit to the Court of Appeals  pursuant to 8th Circuit  L.R. 10A.
        _____  Other _____

                        Christopher R. Johnson, Clerk