U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

JUL 25 2011

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

**DAVID STEBBINS**                                                    **PLAINTIFF**

**vs.**                                    **Case No. 10-3086**

**WAL-MART STORES, INC.**                              **DEFENDANTS**

NOTICE OF SUPREME COURT APPEAL

I, pro se Appellant David Stebbins, pursuant to Rule 41(d)(2) of the Federal Rules of

Appellate Procedure, hereby notify the clerk that I intend to file a petition for a writ of certeroi

with the Supreme Court on the 8th Circuit Case No. 11-1966. I intend to ask the Supreme Court

whether or not the Eighth Circuit has jurisdiction to hear this case.

Please maintain the stay of the District Court proceedings until the Supreme Court has

issued a final order on this case.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

CERTIFICATE OF SERVICE

I, David Stebbins, hereby certify that a true and correct copy of my Notice of Supreme
Court Appeal was served on Jeffrey Spillyards, attorney for the Defense, by faxing a copy to
501-688-8807 on the 21st day of July, 2011.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

USA FIRST-CLASS FOREVER

NORTHWEST AR PADF
AR 727 1 L
22 JUL 2011  PM

David Stebbins
1407 N Spring Rd
APT #5 Spring Rd
Harrison, AR 72601

U.S. District Court
35 E Mountain St
Room 510
Fayetteville, AR 72701

72701+3353