# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

July 28, 2011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

      Re:  David Stebbins
           v. Wal-Mart Stores, Inc.
           No. 11-5500
           (Your No. 11-1966)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 20, 2011 and placed on the docket July 28, 2011 as No. 11-5500.

Sincerely,

**William K. Suter**, Clerk

by

Sandy Spagnolo
Case Analyst