U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 09 2011
CHRIS R. JOHNSON, CLERK
BY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                                             PLAINTIFF

vs.                                          **Case No. 10-3086**

**WAL-MART STORES, INC.**                                          **DEFENDANTS**

## MOTION FOR SUMMARY JUDGMENT

Comes now, *pro se* Plaintiff David Stebbins, who respectfully submits the following motion for summary judgment in my favor.

On May 28, 2011, I mailed a request for admissions to the Defendants' counsel. The Defense counsel likely received it on May 30, 2011. Therefore, they had until July 1, 2011 to respond to it. To this day, they have not done so.

I have included enough facts in that request for admissions to support a motion for summary judgment upon all the facts being admitted, even the damages. Therefore, I humbly move for summary judgment on this issue.

Wherefore, I respectfully pray that you summarily judge this case in my favor. It is so requested on this 8th day of August, 2011.

*David Stebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                      PLAINTIFF

vs.                                        Case No. 10-3086

WAL-MART STORES, INC.                                 DEFENDANTS

## CERTIFICATE OF SERVICE

I, *pro se* Plaintiff David Stebbins, hereby certify that a true and correct copy of my Motion for Summary Judgment, Statement of Uncontroverted Facts, and Brief in Support of Motion for Summary Judgment have been served on Jeffrey Spillyards, attorney for the Defense, by mailing a copy to 425 West Capitol Avenue, Suite 1800, Little Rock, AR 72201 on the 8th day of August, 2011.

                                                              /s/ David Stebbins
                                                               David Stebbins
                                                               1407 N Spring Rd,
                                                                       APT #5
                                                              Harrison, AR 72601
                                                                  870-204-6024
                                                            stebbinsd@yahoo.com