IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                                                               **PLAINTIFF**

vs.                                             Case No. 10-3086

**WAL-MART STORES, INC.**                                              **DEFENDANTS**

## REQUEST FOR ADMISSIONS

Comes now *pro se* Plaintiff David Stebbins, who hereby submits the following request for admissions:

1. You are bound by Section 504 of the Rehabilitation Act of 1973.

2. You receive federal financial assistance as a whole.

3. In the month of August 2010, I applied for a variety of positions at the Wal-Mart located at 619 Highway 62 65 N, Harrison, AR 72601.

4. All applicants for employment with you must fill out a questionnaire consisting of multiple choice questions, using a computer-automated system.

5. Said questionnaire asks the applicant(s) to pretend to be in hypothetical work-related situations, and asks the applicant to select one of the provided options that most closely relates to the action that the applicant would take.

6. Many of the questions in said questionnaire involve customers, many of whom are upset about something.

7. People with Asperger Syndrome have a difficult time knowing what to do when interacting with people who do not understand their condition.

8. Asperger Syndrome does not hinder a worker's ability to perform jobs that are not related to customer interaction, such as janitor or cart-pusher.

9. I have Asperger Syndrome.

10. You have more than 500 employees.

11. On September 19, 2010, you were made aware of the illegality of your actions.

12. Despite now being aware of the illegality, you refused to correct your mistake.

13. Your entry-level employees usually make $7.25 per hour, work 36 hours per week, and work 52 weeks per year.

You should receive this request for admissions on May 30, 2011. Therefore, per Fed. R. Civ. P. Rule 36(a)(3), you have until June 30, 2011 to respond to this request for admissions, otherwise all these facts are admitted by default.

*David Stebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com