

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                    PLAINTIFF

vs.                          Case No. 10-3086

WAL-MART STORES, INC.                                             DEFENDANTS

### STATEMENT OF UNCONTROVERTED FACTS

Comes now *pro se* Plaintiff David Stebbins, who, pursuant to Local Rule 56.1(a), respectfully submits the following statement of uncontroverted facts in support of my motion for summary judgment.

1. The Defendants are bound by Section 504 of the Rehabilitation Act of 1973.

2. The Defendants receive federal financial assistance as a whole.

3. In the month of August 2010, I applied for a variety of employment positions at the Wal-Mart located at 619 Highway 62 65 N, Harrison, AR 72601.

4. All applicants of employment with the Defendants must fill out a computerized questionnaire, putting the applicants in hypothetical work-related situations and asking the applicant what he or she would do in that situation.

5. I was denied consideration for employment because of the answers that I submitted during that questionnaire.

6. Many of the questions in said questionnaire involve customers, many of whom are upset about something.

7. I have Asperger Syndrome.

8. People with Asperger Syndrome have a difficult time knowing what to do when interacting with people who do not understand their condition.

9. Not all the positions which I applied for required satisfactory answers to questions involving customer interaction.

10. On September 19, 2011, I informed the Personnel department at Wal-Mart of the illegality of their actions.

11. Despite this knowledge, they refused to correct their mistake.

12. Defendants have more than 500 employees.

13. I should be entitled to back pay of $13,572 per year (pro rated for how long ago August 2011 was at the time the court issues its order), and $300,000.00 in punitive damages.

Wherefore, I respectfully pray that this court considers all of these facts as not being in dispute. It is so respectfully requested on this 8th day of August, 2011.

/s/ David Stebbins
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com