# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

August 12, 2011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: David Anthony Stebbins
v. Wal-Mart Stores Arkansas, LLC, aka Wal-Mart Stores, Inc.
No. 11-5780
(Your No. 11-2583)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 5, 2011 and placed on the docket August 12, 2011 as No. 11-5780.

Sincerely,

**William K. Suter**, Clerk

by

Sandy Spagnolo
Case Analyst