# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 18, 2011

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
35 E. Mountain Street
Suite 510
Fayetteville, AR  72701-5354

      RE:  11-2583  David Stebbins v. Wal-Mart Stores Arkansas

Dear Clerk:

      Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

                        Michael E. Gans
                        Clerk of Court

SRD

Enclosure(s)

      District Court/Agency Case Number(s):   3:10-cv-03086-RTD