IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                                                                  **PLAINTIFF**

v.                                                        CASE NO. 10-3086

**WAL-MART STORES, INC.**                                                                   **DEFENDANT**

### AFFIDAVIT OF JEFFREY L. SPILLYARDS

1.   My name is Jeffrey L. Spillyards. I am over the age of 18 years of age, and I am competent in all respects to testify. I have personal knowledge of all statements contained herein.

2.   I am an attorney with Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C, and I am an attorney of record for Wal-Mart Stores Arkansas, LLC ("Wal-Mart") in the above-referenced matter.

3.   On August 9, 2011, Plaintiff filed a Motion for Summary Judgment in this matter. [Doc. # 73]. Plaintiff attached to his Brief in Support a document entitled, "Request for Admissions." [Doc. # 74]. Plaintiff argued in his Motion that Wal-Mart failed to provide Plaintiff with timely responses to the "Request for Admissions" attached to his Brief.

4.   I received Plaintiff's "Request for Admissions" for the first time when Plaintiff filed his Motion for Summary Judgment on August 9, 2011. I, along with my secretary, have reviewed this firm's records, and we have no record of receiving Plaintiff's "Request for Admissions."



EXHIBIT 1

_____
Jeffrey L. Spillyards

STATE OF ARKANSAS

COUNTY OF Pulaski      :

Sworn to and subscribed before me this 23rd day of August, 2011.

_____
Deborah A. Weith
Notary Public

My commission expires:

DEBORAH A. WEITH
Pulaski County
My Commission Expires
July 21, 2013