IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                                                **PLAINTIFF**

**v.**                                     **CASE NO. 10-3086**

**WAL-MART STORES, INC.**                                **DEFENDANT**

### BRIEF IN SUPPORT OF WAL-MART'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant Wal-Mart Stores Arkansas, LLC ("Wal-Mart"), erroneously identified as "Wal-Mart Stores, Inc.," by its attorneys, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., submits its Brief in Support of Wal-Mart's Response in Opposition to Plaintiff's Motion for Summary Judgment.

Plaintiff's sole argument in support of his Motion for Summary Judgment is that Wal-Mart did not provide him with timely responses to his "Request for Admission." [Doc. # 73]. Plaintiff did not serve Wal-Mart with the "Request for Admissions" attached to Plaintiff's Brief in Support of Motion for Summary Judgment. *See* Affidavit of Jeffrey L. Spillyards, attached to Wal-Mart's Response in Opposition as Exhibit "1." Counsel for Wal-Mart received this document for the first time when Plaintiff filed his Motion for Summary Judgment on August 9, 2011. *Id*. There is no evidence or indication that this document was ever served upon counsel, and the document does not even contain a certificate of service. Wal-Mart respectfully requests that Plaintiff's Motion for Summary Judgment be denied on this basis alone.

In any event, as noted in Wal-Mart's pending Motion for Summary Judgment [Doc. # 55], Wal-Mart is not a covered entity under the Rehabilitation Act of 1973. Wal-Mart is entitled to summary judgment on this claim.

        Respectfully submitted,

        **/s/ Marshall Ney**
        Ark. Bar No. 91108
        **/s/ Kathlyn Graves**
        Ark. Bar No. 76045
        **/s/ Jeffrey L. Spillyards**
        Ark. Bar No. 2004159

        Mitchell, Williams, Selig,
        Gates & Woodyard, P.L.L.C.
        425 West Capitol Ave., Suite 1800
        Little Rock, Arkansas 72201
        (501) 688-8800
        *mney@mwlaw.com*
        *kgraves@mwlaw.com*
        *jspillyards@mwlaw.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2011, I mailed this document by U.S. Mail to the following non CM/ECF participant:

David A. Stebbins
1407 N. Spring Rd., Apt. # 5
Harrison, Arkansas 72601

        **/s/ Jeffrey L. Spillyards**