# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### HARRISON DIVISION

**DAVID STEBBINS**                                                                          **PLAINTIFF**

**v.**                                    **CASE NO. 10-3086**

**WAL-MART STORES, INC.**                                          **DEFENDANT**

## WAL-MART'S RESPONSE TO PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS

Defendant Wal-Mart Stores Arkansas, LLC ("Wal-Mart"), erroneously identified as "Wal-Mart Stores, Inc.," by its attorneys, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., submits its Response to Plaintiff's Statement of Uncontroverted Facts pursuant to Rule 56.1 of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas.

1. For the reasons outlined in Wal-Mart's Motion for Summary Judgment [Doc. # 55], Wal-Mart denies that it is a covered entity under the Rehabilitation Act of 1973.

2. For the reasons outlined in Wal-Mart's Motion for Summary Judgment [Doc. # 55], Wal-Mart denies that it receives federal financial assistance as a whole.

3. Wal-Mart admits that Plaintiff submitted an application for employment in August 2010.

4. Wal-Mart denies the allegations contained in paragraph 4 of Plaintiff's Statement of Uncontroverted Facts, but avers that applicants for hourly positions in Wal-Mart stores are required to take Wal-Mart's Retail Pre-Employment Assessment, or RPEA.

5. Wal-Mart admits that Plaintiff failed the RPEA in August 2010.

6. Wal-Mart admits that some of the RPEA questions pertain to interactions with customers.

7. Wal-Mart is without information sufficient to admit or deny whether Plaintiff has Asperger Syndrome, and therefore denies that allegation.

8. Wal-Mart is without information sufficient to admit or deny the allegations contained in paragraph 8 of Plaintiff's Statement of Uncontroverted Facts, and therefore denies the same.

9. Wal-Mart denies the allegations contained in paragraph 9 of Plaintiff's Statement of Uncontroverted Facts.

10. Wal-Mart denies that it has taken any illegal action.

11. Wal-Mart denies that it has taken any illegal action.

12. Wal-Mart admits that it employs more than 500 employees.

13. Wal-Mart denies the allegations contained in paragraph 13 of Plaintiff's Statement of Uncontroverted Facts.

Respectfully submitted,

**/s/ Marshall Ney**
Ark. Bar No. 91108
**/s/ Kathlyn Graves**
Ark. Bar No. 76045
**/s/ Jeffrey L. Spillyards**
Ark. Bar No. 2004159

Mitchell, Williams, Selig,
Gates & Woodyard, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201
(501) 688-8800
*mney@mwlaw.com*
*kgraves@mwlaw.com*
*jspillyards@mwlaw.com*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2011, I mailed this document by U.S. Mail to the following non CM/ECF participant:

David A. Stebbins
1407 N. Spring Rd., Apt. # 5
Harrison, Arkansas 72601

**/s/ Jeffrey L. Spillyards**