# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 03, 2011

Mr. David Anthony Stebbins
Apt. 5
1407 N. Spring Road
Harrison, AR  72601

      RE:  11-2583  David Stebbins v. Wal-Mart Stores Arkansas

Dear Mr. Stebbins:

      Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

      Michael E. Gans
      Clerk of Court

DMH

Enclosure(s)

cc:    Mr. Christopher R. Johnson
       Mr. Jeffrey L. Spillyards

      District Court/Agency Case Number(s):  3:10-cv-03086-RTD