IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


DAVID STEBBINS                                           PLAINTIFF


        v.                Civil No. 10-3086


WAL-MART STORES, INC.                                    DEFENDANT


## J U D G M E N T

        For reasons set forth in the Order, filed contemporaneously

herewith, Defendant's Motion for Summary Judgment (doc. 55) is

GRANTED and Plaintiff's sole remaining claim is DISMISSED WITH

PREJUDICE.  Plaintiff's Motion for Summary Judgment (doc. 73) is

DENIED.  All parties are to bear their own costs and fees, and

Plaintiff's complaint is DISMISSED WITH PREJUDICE.  **The parties**

**have thirty days from entry of this judgment on the docket in**

**which to appeal**.

        IT IS SO ORDERED this 7th day of September, 2011.



                                /s/ Robert T. Dawson
                                Honorable Robert T. Dawson
                                United States District Judge

AO72A
(Rev. 8/82)