US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 09 2011

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                                                    **PLAINTIFF**

vs.                                      Case No. 10-3086

**WAL-MART STORES, INC.**                                    **DEFENDANTS**

### NOTICE OF APPEAL

Comes now, *pro se* Plaintiff David Stebbins, who respectfully submits the following notice of appeal.

I intend to appeal the following orders:

1. The order denying my motion to confirm the arbitration award.

2. The order denying my second motion to confirm the arbitration award.

3. The order granting Defendant's motion for summary judgment and denying my motion for summary judgment.

I am also moving for leave to proceed *in forma pauperis*. Please grant this petition.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                                                     **PLAINTIFF**

vs.                                Case No. 10-3086

**WAL-MART STORES, INC.**                                **DEFENDANTS**

## CERTIFICATE OF SERVICE

I, *pro se* Plaintiff David Stebbins, hereby certify that a true and correct copy of my Notice of Appeal was served on Defendants by allowing them to view the Notice of Docket Activity on ECF, as allowed by the Local Rules.

*/s/ David Stebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com



NORTHWEST AR PNDF
AR 727 2 L
04 SEP 2011 PM5

U.S. District Court
35 E. Mountain St.
Room 520
Fayetteville, AR 72701

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601