# U.S. COURT OF APPEALS - EIGHTH CIRCUIT

## NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

### 10-3086   DAVID STEBBINS vs.  WAL-MART STORES

| | | | |
|---|---|---|---|
| Length of Trial: | **NONE** | | |
| Financial Status: | Fee Paid? | Yes | No **XX** |
| | If NO, has IFP been granted? | Yes **XX** | No |
| | Is there a pending motion for IFP? | Yes | No **XX** |
| Are there any other post-judgment motions? | | Yes | No **XX** |

Please identify the court reporter.

    If no court reporter, please check  **XXXXX**

    Name
    Address

Telephone Number

**CRIMINAL CASES ONLY:**
    Is the defendant incarcerated?                                       Yes   No
Place of confinement, if known:

Please list all other defendants in this case, if there were multiple defendants.

**SPECIAL COMMENTS:**