# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

October 11, 2011

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

    Re:  David Anthony Stebbins
        v. Wal-Mart Stores Arkansas, LLC, aka Wal-Mart Stores, Inc.
        No. 11-5780
        (Your No. 11-2583)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk