# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:**      Mr. Christopher R. Johnson

**FROM:**   Michael E. Gans, Clerk of Court

**DATE:**   October 26, 2011

**RE:**      11-2583  David Stebbins v. Wal-Mart Stores Arkansas

District Court/Agency Case Number(s):  3:10-cv-03086-RTD

_____

     Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.


DMW