# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 3, 2011

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

      Re:  David Stebbins
            v. Wal-Mart Stores, Inc.
           No. 11-5500
           (Your No. 11-1966)

Dear Clerk:

      The Court today entered the following order in the above-entitled case:

      The petition for a writ of certiorari is denied.

                             Sincerely,

                             **William K. Suter**, Clerk