# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:**      Mr. Christopher R. Johnson

**FROM:**    Michael E. Gans, Clerk of Court

**DATE:**    October 23, 2012

**RE:**      11-1966  David Stebbins v. Wal-Mart Stores Arkansas

             District Court/Agency Case Number(s):   3:10-cv-03086-RTD

_____

     Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.


DMS